UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:17-cv-24567-RNS

CRAIG SALVANI,

    Plaintiff,

vs.

CORIZON HEALTH, INC., JOSUE JORGE CARABALLO, MD, individually, J. TOWNSEND, L.P.N., individually, STEPHANIE G. LOZNICKA, R.N., individually, WEXFORD HEALTH SOURCES, INC., MARTA CASTILLO, M.D., individually, ESTHER MATHURIN, A.R.N.P., individually,

    Defendants.
_____/

**DEFENDANT'S, WEXFORD HEALTH SOURCES, INC.**
**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, WEXFORD HEALTH SOURCES, INC. ("Wexford") by and through their undersigned counsel, files this its Answer and Affirmative Defenses to the Second Amended Complaint [DE 52] ("Complaint") as follows:

1. Wexford denies all allegations contained in the Complaint unless specifically admitted herein and demands strict proof of all denied allegations.

2. Wexford admits that jurisdiction and venue are appropriate as alleged in paragraphs 3 and 4 of the Complaint.

3. Wexford admits the allegations in paragraph 22 to the extent that it is was doing business in Florida, and had a contract with the FDOC.

4. Wexford admits the allegation in 41 to the extent that the Plaintiff was incarcerated at the South Florida Reception Center.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Defendant asserts that the Plaintiff's claim for damages is barred pursuant to the Prison Litigation Perform Act of 1995 ("PLRA") based on his failure to exhaust administrative remedies prior to bringing this cause of action.

### Second Affirmative Defense

This case involves allegations against various healthcare providers who are currently Co-defendants of these Defendants. In the event that any of these Co-defendants settle their claims and/or are dismissed from the case prior to trial, or for any other reason be come nonparties, this Defendant reserves the right to amend their Affirmative Defenses to include the then nonparties on the Verdict Form for apportionment of liability, if consistent with the evidence.

### Third Affirmative Defense

If the Plaintiff suffered any injury or damage, it was due in whole or in part to his own actions, including his abuse of illegal drugs.

### Fourth Affirmative Defense

The allegations in the Second Amended Complaint sound in medical malpractice, which is not an appropriate basis for a prisoner civil rights claim.

### Fifth Affirmative Defense

If any injury or damage was sustained by Plaintiff, some or all of it was based upon a

pre-existing condition which is not the responsibility of the Defendant, and the Plaintiff is not entitled to any recovery based upon any injuries or damages sustained as a result of that condition.

## JURY DEMAND

The Defendant demand a trial by jury on all issues so triable.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was E-filed with the Clerk of Court through the CM/ECF system on **December 20, 2018**, and is to be E-served by the Court Clerk to: **ALISTAIR MCKENZIE, ESQUIRE,** amckenzie@mckenzielawfirm.com, Marcie@mckenzielawfirm.com; Attorney for Plaintiff, MCKENZIE LAW FIRM, P.A., 905 East Hatton Street, Pensacola, FL 32503-3931 (850-432-2856/ FAX # 850-202-2012); and **GREGG A. TOOMEY, ESQUIRE,** gat@thetoomeylawfirm.com; alr@thetoomeylawfirm.com; hms@thetoomeylawfirm.com, Counsel for Defs/CORIZON HEALTH, INC., JOSUE JORGE CARABALLO, M.D. and JAMES TOWNSEND, L.P.N., 1625 Hendry Street, Suite 203 The Old Robb & Stucky Building, Fort Myers, FL 33901 (239-337-1630 / FAX # 239-337-0307).

CHIMPOULIS & HUNTER, P.A.
Attorneys for Defs/WEXFORD HEALTH SOURCES, INC./ DR. MARTA CASTILLO/ ESTHER MATHURIN, ARNP
150 South Pine Island Road - Suite 510
Plantation, FL 33324
Phone: (954) 463-0033 / FAX: (954) 463-9562

BY:  /s/ Alexander Dombrowsky
  Email – khunter@chl-law.com
  ALEXANDERDOMBROWSKY, ESQ
  Florida Bar No.: 186260

Page –3–

        Email – adombrowsky@chl-law.com
        M. KATHERINE HUNTER, ESQUIRE
        Florida Bar No.: 981877