UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1: 17-CV -24567-RNS

Craig Salvani,

      Plaintiff

vs.

Corizon Health, Inc., Josue Jorge
Caraballo, M.D., individually,
J. Townsend, L.P.N., individually,
Stephanie G. Loznicka, RN,
Individually, Wexford Health
Sources, Inc., Marta Castillo, M.D.,
Individually, Esther Mathurin,
A.R.N.P., individually

      Defendants.
_____ /

## Mediation Report

    NOTICE IS HEREBY given that the parties in the above-styled case met on Wednesday, June 5, 2019 to make a good faith effort to mediate and amicably resolve issues in this lawsuit. The results of the Mediation were as follows:

1. Plaintiff Craig Salvani and Defendant J. Townsend, L.P.N. *successfully* entered into a complete settlement of all issues between those parties: and

2. Plaintiff Craig Salvani and the remaining Defendants were unable to reach an amicable settlement and an *impasse* was declared. (A Stipulation for Dismissal of Defendant, Esther Mathurin was filed June 3, 2019 – two days before the Mediation).

By: **s/H.T. Smith**
H.T. Smith, Esq.
Mediator
2655 S. LeJeune Road
Suite 304
Coral Gables, FL 33134
305-324-1845
ht@htsmithpa.com
Fla. Bar # 0158499

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by email and by Electronic Filling generated by CM/ECF.

cookjv@gmail.com
gat@thetoomeylawfirm.com
hms@thetoomeylawfirm.com
alr@thetoomeylawfirm.com
sosher@wickersmith.com
ftlcrtpleadings@wickersmith.com
tmartin@wickersmith.com
rparadella@wickersmith.com
llake@chimpoulishunter.com
adombrowsky@chimpoulishunter.com
amckenzie@mckenzielawfirm.com

**s/H.T. Smith**
H.T. Smith, Esq.
