WEXFORD COMPOSITE EXHIBIT

**Armor Correctional Health Services, Inc.**

**TRANSFER SUMMARY TO EXTERNAL FACILITY OR PROGRAM**

Name: _Salerni, Craig_   D.O.B. _10-2-76_   ID#: _111309_

Date: _2-6-14_

Transferred From: _Lee County main jail_   Address: _2115 Dr. MLK_
                                                          _33901 Florida_
                                          Phone # : _239-477-1616_

Transferred To: _____

Allergies: _Koflex, PCN, All cillins_

Special Diet: _____

Current Medical / Psychiatric Problems: ____Yes  ☒ No  If Yes, Explain:_____

_____

**Current Medication:**

| NAME OF DRUG | DOSAGE | FREQUENCY |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

Physical Disabilities / Limitations: _N/A_
Assistive Device / Prosthetics: _N/A_
Any Other Special Needs? _N/A_

| TEST | DATE | RESULTS |
|---|---|---|
|  |  |  |
|  |  |  |

PPD Results: _01-31-14_   _00 mm_
CXR: _____
TETANUS: _____
OTHER: _____

☐ Medications sent      ☐ _____ Day medication supply ordered on _____ (date).

Form Completed By:   Signature: _____

Armor: PT-006   (Rev. 08/2007)          (White Copy-Patient    Yellow Copy-Chart)

WEXFORD COMPOSITE EXHIBIT

```
                              State of Florida
IADR051                    Department of Corrections           02/07/2014
                        INITIAL INTAKE SCREENING SUMM.             08:37
                        *********************************
                        ** PRIVILEGED AND CONFIDENTIAL **
                        *********************************
```

Inmate Name: SALVANI, CRAIG MICHEL          DC#: 0-272618  Cls.Team: 11
   Received: 02/06/2014   County: LEE           Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE    Sex: MALE   Date of Birth: 10/03/1976   Age: 37
   Birthplace: City: BRONX         State: NY  Country: UNITED STATES
   Occupation:                     Religion: CATHOLIC,ROMAN
   Education Grade Level:      Marital Status: UNKNOWN

PHYSICAL CHARACTERISTICS: Date: 02/06/2014
   Height: 5' 11"   Weight: 180 lbs  Hair: BROWN      Eyes: BROWN
   Build: MEDIUM      Glasses: No   Contact Lens: No
   Complexion: LIGHT       Shoe Size: 11     Preg: No
   Vision: Right: 20/ 25   Corr.to: 20/ 0   Left: 20/ 25   Corr.to: 20/ 0
   Marks and Scars:
      SCAR             HEAD             SCAR
      TATTOO           LEFT ARM         MEN FACE

INITIAL HEALTH SCREENING:  Date: 02/06/2014  Time: 13:43  Staff: COOPER, LEQUIT
   Medical Transfer Form Received: COUNTY VERSION        Date: 02/06/2014
   Consent Forms Signed: Medical: YES
   Referred for Immediate Treatment to:  NOT APPLICABLE
   Current Problem: INMATE REPORTS BACK NECK PAIN DUE TO FIGHT IN COUNTY ABOUT 2
                    WEEKS. NO MEDICAL HX

                    CKP X HX
   Current Meds:       NONE
   Known Allergies:    PCN, KEFLEX, ALL CILLINS
   Phy.Impairments:    NONE
   Surgery/Hospit.:    NONE
   Family History:     NONE
   STD History:        NONE
   Last PPD Test:      LOCATION:LEE COUNTY
                       DATE:1-31-14
                       RESULTS:0.0MM
                       TREATMENT:N/A
   Last Tetanus:       NONE
   Spec.ED - Poten:    NONE

INITIAL DENTAL VISUAL EXAM:
                    Number of Teeth Needing Extraction:  00
                    Number of Teeth Needing Restoration: 07

SPECIAL PASSES/DIETS:
   NONE

PRIOR MSDWTI GRADE:

39

WEXFORD COMPOSITE EXHIBIT

```
**Record In IRIS**              State of Florida
IRLR005                     Department of Corrections           02/19/2014
(706)                      HEALTH SERVICES PROFILE              Page  1
                     *********************************
                     ** PRIVILEGED AND CONFIDENTIAL **
                     *********************************
```

Inmate Name: SALVANI, CRAIG MICHEL              DC#: 0-272618
      Race: WHITE    Sex: MALE    Date of Birth: 10/03/1976   Age: 37
      Date Received: 02/06/2014   Reception Center: S.FLA.RECEPTION CTR.


   Med. Evaluation:   M:1 _ ¨ _ D:3  W:1  T:1  I:        Single Dose Ind.:

                        Impaired Inmate Services Needed: No

Transfer Holds:

Special Passes/Certifications:


Medical Restrictions: Date: 02/12/2014  Staff: EM58              SEP: No
   On-Site Medical Care Required Until:
   Work Release Approval: PRE-APPROVED

Dental Restrictions: Date: 02/07/2014  Staff: LA21

                                                                    No

34

Comp. Ex "A"003

WEXFORD COMPOSITE EXHIBIT

## FLORIDA DEPARTMENT OF CORRECTIONS

### STD SCREENING 340b

| Institution: SFRC | | Date: FEB 06 2014 |
|---|---|---|
| Pregnant? ☒ N/A  ☐ No  ☐ Yes | | |
| If yes; Estimated Date of Delivery: / N/D/   New confinement | | |

**SCREENING/TESTING INFORMATION**

Current Symptoms: N / n

| Chlamydia Test Date: FEB 06 2014 | Chlamydia Test Type: GC/CT NAAT ☑ Urine Collected | Chlamydia Test Result: ☐ Negative  ☐ Positive |
|---|---|---|
| Gonorrhea Test Date: FEB 06 2014 | Gonorrhea Test Type: GC/CT NAAT ☑ Urine Collected | Gonorrhea Test Result: ☐ Negative  ☐ Positive |
| Syphilis Test Date: FEB 06 2014 | Syphilis Test Type: Syphilis (T. Pallidum) ☑ Serum Collected | Syphilis Test Result: ☐ Negative  ☐ Positive |

**TREATMENT INFORMATION**

| Chlamydia Treatment: ☐ No  ☐ Yes | |
|---|---|
| If yes;  Date:   /   / | Medication: |
| Gonorrhea Treatment: ☐ No  ☐ Yes | |
| If yes;  Date:   /   / | Medication: |
| Syphilis Treatment: ☐ No  ☐ Yes | |
| If yes;  Date:   /   / | Medication: |

Inmate Name: Salvani, Craig

DC# 272018                 Race/Sex W/M

Date of Birth: 10-3-76

Institution: SFRC

#### FILE IN DOH SECTION OF OUTPATIENT RECORD

DC4-710D (Issued 10/16/12)

WEXFORD COMPOSITE EXHIBIT

FLORIDA DEPARTMENT OF CORRECTIONS
## TUBERCULOSIS SYMPTOMS QUESTIONNAIRE FOR INMATES

☑ Initial   ☐ 2-Step (Placed 7-21 days after 1st TST placement date)   ☐ Annual   ☐ Post Exposure   ☐ 8-10 Weeks Post-Exposure

**DO NOT give this form to the inmate to fill out. STAFF: Fill out this form, and then have the inmate sign and date.**
Complete the following question card and include risk factors. SEE BELOW

Name: Salvani, Craig   DC#: 272618   L. Cooper
LPN
Date of Assessment: Feb. 6, 2014   Nurse Name (Stamp): _____ SFRC

If your last skin test was negative, date placed: _____
Have you had more than one negative Tuberculosis Skin Test? ☐ NO ☐ YES
Have you ever had a positive Tuberculosis Skin Test? ☐ NO ☐ YES → Size/Induration: N/A mm
If yes, did you receive treatment? ☐ NO ☐ YES
If yes, when: N/A where: N/A county: N/A state: N/A country
Name of medication(s): N/A
How long did you take the medication? N/A Days Months Years N/A
If you were born in another country did you receive the BCG vaccination: ☐ NO ☐ YES → what year? N/A

**the last 6 weeks:**

Have you had night sweats? ☑ NO ☐ YES → how long? _____
Have you had a low-grade fever? ☑ NO ☐ YES
Have you had a cough? ☑ NO ☐ YES → how long? _____ Is it productive? ☐ NO ☐ YES
*Have you coughed up blood? ☑ NO ☐ YES → describe: _____
*Have you coughed up mucus? ☑ NO ☐ YES → describe: _____
Have you had chest pain? ☑ NO ☐ YES → describe: _____
Have you had shortness of breath? ☑ NO ☐ YES → comments: _____
Is your appetite normal for you? ☑ YES ☐ NO → describe: _____
Have you lost weight without trying? ☑ NO ☐ YES → comments: _____
Is your energy level normal for you? ☑ YES ☐ NO → describe: _____
Do you get tired easy? ☑ NO ☐ YES → describe: _____

**Risk factors for progression to disease:** (1) Recent converter (within past 2 yrs.), (2) Contact, (3) Hx - Inadequate tx for TB, (4) IVDU, (5) diabetes mellitus, (6) silicosis, (7) HIV infection, (8) immunosuppressive therapy, (9) cancer of head & neck, (10) end-stage renal disease, (11) hematologic/reticuloendothelial diseases, specify: (12) gastrectomy/bypass, malabsorption syndromes, (13) low body wt - 10% or more below ideal, (14) Other: _____

**\* Requires Clinical referral.**

I understand that the symptoms above could be symptoms of TB and that I need follow-up in the medical unit if I have these symptoms now or develop any of these symptoms in the future.

Signature: _____   Date: _____

4-520C (Revised 9/13/12) Page 1 of 2

24

WEXFORD COMPOSITE EXHIBIT

## FORM INSTRUCTIONS

**This form is to be completed by the institution's medical personnel.** The purpose of the questionnaire is to identify potential symptoms indicating possible tuberculosis disease.

### The inmate MUST SHOW PROOF OF IDENTIFICATION
### AT NO TIME should the inmate be responsible for completing this form

The following steps will ensure proper completion of this questionnaire:

1. Check the appropriate box: initial, 2-Step, Annual, Post Exposure, 8-10 Weeks Post Exposure
2. If initial box is checked, complete questions 1-12.
3. If the 2-Step or Annual box is checked, complete questions 2-12.
4. Identify the inmate by the identification(s) issued by the Department of Corrections. Write this information in the space provided.
5. Complete the date of assessment in the space provided.
6. Use the name stamp or write the name of the person filling out the form in the space provided. Indicate professional status (RN or LPN).
7. Question number one indicates the TST status of the responder. Complete the blanks as accurately as possible.
8. Question number two distinguishes between environmental temperature sweating and sweating that occurs at night and is caused by an active Mycobacterium tuberculosis disease process. If the answer is YES, then ask how long has the night sweats been going on (make a comment).
9. Question number three detects an elevation in body temperature for which the individual may/may not seek medical attention.
10. Question number four requires the individual to analyze the symptom thoroughly. It is important to know how long the cough has lasted.
11. Question number five and six indicates the production of possible cavities in the lungs, therefore coughing up bright red or dark red clots or mucus. The response to this inquiry would necessitate the medical follow-up for evaluation and to rule out TB or other causes for a bloody cough. Write a comment about the color, amount frequency, refer to medical.
12. Question number seven is asking for a description of the chest pain. Is it sharp, dull, where is it located, how long does it persist, what makes it go away? How would the responder rate the intensity? Make a written comment if the answer is YES.
13. Question number eight differentiates between acute and chronic shortness of breath, Asthma, the inability to take a deep breath or empty the lung efficiently. Pathological changes in the presence of active disease will demonstratively change the outward appearance (posturing) and unusual noises may be heard when the responder speaks, laughs, or sings. Make a written comment about observations.
14. Question number nine indicates if an individual is maintaining good nourishment, interested in foods, snacks and other daily caloric intake. If the response is NO, then evaluate causes for this lack of appetite. (Dental problems, mouth sores, gastrointestinal upset, medications etc.) Make a comment to clarify a decrease in appetite.
15. Question number ten refers to a calculated weight loss of 10% or greater in a short period of time and without the making an effort to lose weight (document the amount of weight lost). Loss of body mass significantly impacts the disease process; causing escalation in irreversible bio-physiological damage to major organs.
16. Question number eleven addresses estimating the current level of energy it takes to perform activities of daily living, work, and sports. Has the ability to maintain these activities changed?
17. Question number twelve is essential in determining the overall condition. Easy fatigability and other factors may affect how TB is treated.
18. Assess the risk factors listed and document the corresponding number for the risk in the space provided.
19. Have the inmate sign and date the form.

### FILE IN HEALTH RECORD, if the screening is required as part of a Contact Investigation, please
### FAX OR MAIL COPY TO YOUR:
### Regional Registered Nurse Specialist Infection Control

Comp. Ex "A"006

WEXFORD COMPOSITE EXHIBIT

FLORIDA DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
INMATE HEALTH EDUCATION

| 10 | 11 | 12 |
|---|---|---|
| **7** FEB 0 6 2014<br><br>Inmate Handbook Given<br><br>J. MARTINEZ, HST<br>SFRC | **8** Verbal and Written Orientation to Mental Health Services<br><br>M Meredith<br>ISW Reg. Intern<br>Mental Health Specialist<br>SFRC | **9** |
| **4** | **5** FEB 0 6 2014<br>DATE:<br>PREVIOUSLY STD SCREENED?          YES / NO<br>IF NO COMPLETE STD FORM.<br>UNDER THE AGE 27?          YES / NO<br>IF YES COLLECT URINE FOR CHLAMYDIA AND GONORRHEA.<br>PREGNANT?          YES / NO / N/A<br>IF YES COLLECT URINE FOR CHLAMYDIA AND GONORRHEA.<br>NURSE SIGNATURE: W. Randelli<br>LPN<br>SFRC | **6** |
| **1** INTAKE   FEB 0 6 2014<br>SFRC HEALTH SERVICES ORIENTATION<br>AIDS 101 & 102, TB, COMMUNICABLE DISEASES,<br>STD's, COPAYMENTS, UNIMPEDED ACCESS TO<br>DENTAL / MEDICAL / MENTAL HEALTH, ADVANCE<br>DIRECTIVES, GRIEVANCES, HOW TO OBTAIN /<br>REFUSE MEDS AND/OR TREATMENT, BREAST /<br>TESTICULAR EXAM<br>DATE:<br>SIGN/STAMP:   J. MARTINEZ HST<br>SFRC | **2** COMMUNICABLE DISEASE EDUCATION<br>ADMISSION/TRANSFER & PROVIDER ENCOUNTER)<br>SFRC   FEB 0 6 2014   TIME:<br>DATE:<br>INMATE EDUCATION: COMMUNICABLE DISEASE<br>CHLAMYDIA          HIV<br>SYPHILIS          GONORRHEA<br>HERPES          HUMAN PAPILLOMA VIRUS<br>TUBERCULOSIS          HEPATITIS A, B & C<br>GASTROENTERITIS<br>OTHER<br>SIGN / STAMP:   J. MARTINEZ HST<br>SFRC | **3** |

0-272618  TM 11  02/06/2014

SALVANI, CRAIG MICHAEL

W/M DOB 10/03/1976 (37)  DD

DC4-773 (Revised 4/12/10)

WEXFORD COMPOSITE EXHIBIT

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

## AUTHORIZATION FOR HEALTH EVALUATION AND TREATMENT

I fully realize that examinations and tests are necessary for classification of my health status and for the purpose of my assignment to appropriate institutional and work categories.

In addition, I realize that during my stay in the Department of Corrections, it may be advisable for me to undergo examinations, tests, procedures, and courses of medical and dental treatment as may be necessary for my health and physical well-being.

I, therefore, consent to these examinations, tests, procedures, x-rays, and medical and dental treatments with the understanding that should hospitalization and/or surgery be necessary, a separate consent will be signed prior to hospitalization and/or surgery.

_____
Signature of Patient

**FEB 0 6 2014**
_____
Date

_____
Signature of Witness

W. Randelli
LPN
SFRC
_____
Name Stamp/Title

Inmate Name  Salvari, Craig
DC#  272618      Race/Sex  W/M
Date of Birth  10-3-76
Institution  SFRC

DC4-711C (Revised 4/9/10)

WEXFORD COMPOSITE EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**

## INTAKE PHYSICAL LABORATORY REPORTS

### URINALYSIS

PH _____ COLOR _____ CHARACTER _____

ALBUMIN _____ SUGAR _____ ACETONE _____

### BLOOD

HEMATOCRIT _____ SICKLE CELL PREP _____

### ATTACHMENTS

DO NOT REMOVE
FROM ACTIVE RECORD

0-272618 TM 11 02/06/2014

SALVANI, CRAIG MICHAEL 38 _____ NUMBER _____ RACE _____

W/M DOB 10/03/1976(37) DD _____ LAB TECHNICIAN _____

DC4-704A

WEXFORD COMPOSITE EXHIBIT

 

## LabCorp
Laboratory Corporation of America

**Patient Report**

**Specimen ID:** 037-671-4423-0
**Control ID:** B000761845

**Acct #:** 09005610    **Phone:** (305) 717-0427    **Rte:** 12
S FL RECEPTION CENTER (MALE)
WEXFORD HEALTH SOURCES
14000 NW 41ST STREET
DORAL FL 33178

**SALVANI, CRAIG**
14000 NW 41 STREET
MIAMI FL 33178
(305) 592-9567

RECEIVED FEB 10

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** 10/03/1976 | **Date collected:** 02/06/2014 1501 Local | **Ordering:** M HERNANDEZ |
| **Age(y/m/d):** 037/04/03 | **Date entered:** 02/07/2014 | **Referring:** |
| **Gender:** M    **SSN:** | **Date reported:** 02/08/2014 1510 ET | **ID:** |
| **Patient ID:** 272618 | | **NPI:** 1558650820 |

**General Comments & Additional Information**
**Clinical Info:** SRC: URINE

**Alternate Control Number:** B0007618453    **Alternate Patient ID:** 272618

**Ordered Items**
CBC With Differential/Platelet; Urinalysis, Routine; Panel 083824; Chlamydia/GC Amplification; RPR, Rfx Qn RPR/Confirm TP; Glucose, Serum

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 12.3 | High | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 4.39 | | x10E6/uL | 4.14 - 5.80 | 01 |
| Polychromasia present | | | | | |
| Hypochromasia present. | | | | | |
| Anisocytosis present. | | | | | |
| Hemoglobin | 12.2 | Low | g/dL | 12.6 - 17.7 | 01 |
| Hematocrit | 36.8 | Low | % | 37.5 - 51.0 | 01 |
| MCV | 84 | | fL | 79 - 97 | 01 |
| MCH | 27.8 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 33.2 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 15.2 | | % | 12.3 - 15.4 | 01 |
| Platelets | 123 | Low | x10E3/uL | 155 - 379 | 01 |
| Actual platelet count may be somewhat higher than reported due to aggregation of platelets in this sample. | | | | | |
| Neutrophils | 61 | | % | 40 - 74 | 01 |
| Lymphs | 16 | | % | 14 - 46 | 01 |
| Monocytes | 8 | | % | 4 - 12 | 01 |
| Eos | 0 | | % | 0 - 5 | 01 |
| Basos | 0 | | % | 0 - 3 | 01 |
| Immature Cells | Note | | | | 01 |
| Bands | 15 | | % | Not Estab. | 01 |
| Neutrophils (Absolute) | 9.3 | High | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 2.0 | | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 1.0 | High | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Hematology Comments: | Note: | | | | 01 |
| Manual differential was performed. | | | | | |

**Urinalysis, Routine**
| | | | | | |
|---|---|---|---|---|---|
| Urinalysis Gross Exam | | | | | 01 |

E. MATHURIN ARNP SFRC

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-877-5227

© 1995-2014 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Comp. Ex "A"010

WEXFORD COMPOSITE EXHIBIT

 

 **LabCorp**
Laboratory Corporation of America

**Patient Report**

Patient: SALVANI, CRAIG
DOB: 10/03/1976

Control ID: B000761845

Specimen ID: 037-671-4423-0
Date collected: 02/06/2014 1501 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Specific Gravity | 1.025 | | | 1.005 - 1.030 | 01 |
| pH | 6.0 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Amber | Abnormal | | Yellow | 01 |
| Appearance | Clear | | | Clear | 01 |
| WBC Esterase | Negative | | | Negative | 01 |
| Protein | 1+ | Abnormal | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Negative | | | Negative | 01 |
| Occult Blood | 2+ | Abnormal | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 0.2 | | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | See below: | | | | 01 |
| WBC | 6-10 | Abnormal | /hpf | 0 - 5 | 01 |
| RBC | 11-30 | Abnormal | /hpf | 0 - 3 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 - 10 | 01 |
| Mucus Threads | Present | | | Not Estab. | 01 |
| Bacteria | Few | | | None seen/Few | 01 |

**Chlamydia/GC Amplification**

| | | |
|---|---|---|
| Chlamydia trachomatis, NAA | Negative | Negative |
| Neisseria gonorrhoeae, NAA | Negative | Negative |

Please note:
Acceptable specimens for this test are male urethral swab, endocervical swab and liquid based pap specimens, vaginal swabs in APTIMA transports and first void urine. See online Directory of Services for test number for rectal and pharyngeal specimens.

☐ Normal Labs/X-Ray
☑ Abnormal Labs/X-Ray
☐ Follow-up on ___
☐ Follow-up on ___
☐ No Further Action (FILE)
☐ Pull Chart
MD Initials ___ Date ___

**RPR, Rfx Qn RPR/Confirm TP**

| | | | | |
|---|---|---|---|---|
| RPR | Non Reactive | | Non Reactive | 01 |
| | | | | |
| Glucose, Serum | 99 | mg/dL | 65 - 99 | 01 |

| 01 | TA | LabCorp Tampa | Sean Farrier, MD |
|---|---|---|---|
| | | 5610 W LaSalle Street, Tampa, FL 33607-1770 | |

For inquiries, the physician may contact Branch: 800-877-5227 Lab: 800-877-5227

E. MATHURIN
ARNP
SFRC

Date Issued: 02/08/14 1510 ET   **FINAL REPORT**   Page 2 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-877-5227

© 1995-2014 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

20



Comp. Ex "A"011

WEXFORD COMPOSITE EXHIBIT

```
IADR060                    State of Florida              Printed
 (701)                Department of Corrections          02/19/2014
                     OUTPATIENT MEDICAL CARE
                       S.FLA.RECEPTION CTR.
```

INMATE NAME: SALVANI, CRAIG MICHEL          DC#: 0-272618  Cls.Team: 11
    Race: WHITE    Sex: MALE    Date of Birth: 10/03/1976   Age: 37

HEALTH SERVICES ENCOUNTER
    Type: RA   = RECEPTION ASSESSMENT   Date: 02/06/2014   Time: 13:43 to 13:44
    HS Staff: CP18  = COOPER, LEQUITHA
    Reviewed By: CP18  = COOPER, LEQUITHA
    Incidental Comments:
        NO COMMENTS


SUBJECTIVE DATA
        NO COMMENTS


OBJECTIVE DATA
    Temp: 098.2    Pulse:  91   Resp: 18    BP: 105/070   Weight: 160
    NO COMMENTS


ASSESSMENT
    Complaint  TRANIN   = NEW INMATE HLT REVIEW              Chronic: N
    NO COMMENTS


PLAN
    NO COMMENTS
    Lab Test Order




    Transfer Hold
        NONE
    Appointment Scheduled
        UA
        MEDICAL APPOINTMENT/NURSE      on 02/19/2014  at 08:00
        FLU VACCINE
        MEDICAL APPOINTMENT/PHYS       on 02/27/2014  at 08:00
        CBC
        MEDICAL APPOINTMENT/NURSE      on 03/12/2014  at 08:00
        PPD
        MEDICAL APPOINTMENT/NURSE      on 01/30/2015  at 08:00
        PPD  -READ
        MEDICAL APPOINTMENT/NURSE      on 02/01/2015  at 08:00
        DENTAL INITIAL EXAM
                                       on 02/05/2016  at 07:06
        PHYSICAL EXAM
        LAB TEST/PHYS                  on 01/23/2019  at 13:00
        INITIAL PHYSICAL EXM
```

WEXFORD COMPOSITE EXHIBIT

```
IADR060                  State of Florida                Printed
 (701)              Department of Corrections           02/19/2014
                    OUTPATIENT MEDICAL CARE
                     S.FLA.RECEPTION CTR.
```

**INMATE NAME: SALVANI, CRAIG MICHEL**          DC#: 0-272618   Cls.Team: 11
   Race: WHITE      Sex: MALE    Date of Birth: 10/03/1976   Age:  37

**HEALTH SERVICES ENCOUNTER**
   Type: RA    = RECEPTION ASSESSMENT    Date: 02/06/2014   Time: 13:43 to 13:44
   HS Staff: CP18  = COOPER, LEQUITHA
   Reviewed By: CP18  = COOPER, LEQUITHA
                                on 02/06/2019  at 13:00


   **Grade: M:   S:   D:   W:   T:   I:      Single Dose Ind.:**

                    *** END OF REPORT ***

Comp. Ex "A"013
```

WEXFORD COMPOSITE EXHIBIT

```
IADR060                          State of Florida              Printed
 (701)                      Department of Corrections         02/19/2014
                           OUTPATIENT MEDICAL CARE
                            S.FLA.RECEPTION CTR.
```

INMATE NAME: SALVANI, CRAIG MICHEL          DC#: 0-272618   Cls.Team: 11
   Race: WHITE      Sex: MALE     Date of Birth: 10/03/1976   Age: 37

HEALTH SERVICES ENCOUNTER
   Type: HE    = HEALTH EDUCATION      Date: 02/06/2014   Time: 07:45 to 09:30
   HS Staff: RW11  = RANDELLI, WALTER
   Reviewed By: RW11  = RANDELLI, WALTER
   Incidental Comments:
      NO COMMENTS


SUBJECTIVE DATA
      NO COMMENTS


OBJECTIVE DATA
   NO COMMENTS


ASSESSMENT
   Complaint   ORIENT   = ORIENTATION TO HEALTH CARE          Chronic: N
   NO COMMENTS


PLAN
   NO COMMENTS

   Transfer Hold
      NONE
   Appointment Scheduled
      UA
      MEDICAL APPOINTMENT/NURSE      on 02/19/2014  at 08:00
      FLU VACCINE
      MEDICAL APPOINTMENT/PHYS       on 02/27/2014  at 08:00
      CBC
      MEDICAL APPOINTMENT/NURSE      on 03/12/2014  at 08:00
      PPD
      MEDICAL APPOINTMENT/NURSE      on 01/30/2015  at 08:00
      PPD  -READ
      MEDICAL APPOINTMENT/NURSE      on 02/01/2015  at 08:00
      DENTAL INITIAL EXAM
                                     on 02/05/2016  at 07:06

      PHYSICAL EXAM
    . LAB TEST/PHYS                  on 01/23/2019  at 13:00
      INITIAL PHYSICAL EXM
                                     on 02/06/2019  at 13:00


   Grade: M:    S:    D:    W:    T:    I:      Single Dose Ind.:

                    *** END OF REPORT ***

WEXFORD COMPOSITE EXHIBIT

DEPARTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
BACK PAIN PROTOCOL

**SUBJECTIVE:** Date: 2/8/14  Time: 2137  Age: 39  ☐ Sick Call  ☒ EMID

Allergies: Keflex PCN, Cillins
Current Medications: none
Medical Hx: none
Hx of back pain/back problems? ☒ No ☐ Yes → what was the problem/diagnosis? _N/A_
What treatment did patient receive for previous back pain? _N/A_
Chief complaint: "My back has been hurting since I got jumped two days ago weeks" "
When did current pain begin? _2weeks ago_ Pain level: ☐0 ☐1 ☐2 ☐3 ☒4 ☐5 ☐6 ☐7 ☐8 ☐9 ☐10
What were you doing (activity) when the pain began? "Just laying in bed"
If back pain is the result of trauma, does patient have any other injuries? ☒ No ☐ Yes → Other injuries: _____

Description of pain: ☐ Sharp ☒ Aching ☐ Burning ☐ Other: _____
Location of pain:

| | | | |
|---|---|---|---|
| ☒ Cervical region | ☒ Left | ☐ Right | ☐ Center (over spinal column) |
| ☒ Thoracic region | ☒ Left | ☐ Right | ☐ Center (over spinal column) |
| ☐ Lumbar region | ☐ Left | ☐ Right | ☐ Center (over spinal column) |
| ☐ Sacral region | ☐ Left | ☐ Right | ☐ Center (over spinal column) |

Flank region pain with or without radiation to groin? ☒ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Is pain localized? ☐ No ☒ Yes OR Does pain radiate? ☒ No ☐ Yes, to: _____
Does pain increase with activity? ☐ No ☒ Yes → what activity? _walking or moving_
Are you able to find position of comfort? ☒ No ☐ Yes: _____
What decreases or relieves the pain? "I use to take oxycodone every day."
Does pain increase with deep inspiration? ☒ No ☐ Yes, NOTE: If inmate has any URI symptoms use
"Cold/URI/Influenza Symptoms Protocol," DC4-683U instead.
Did you wake up with this pain (i.e., there was no pain when patient went to bed)? ☒ No ☐ Yes
Back muscle spasms? ☐ No ☒ Yes
Numbness or tingling in any extremity? ☒ No ☐ Yes → which extremity? _____
Is numbness/tingling in extremities: ☐ Intermittent ☒ Constant
Problem with incontinence? ☒ No ☐ Yes → ☐ Bowel ☐ Bladder  Recent weight loss? ☒ No ☐ Yes
Pain with urination? ☒ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.
Blood in urine? ☒ No ☐ Yes → Use "Urinary Symptoms Protocol," DC4-683BB.

**OBJECTIVE:** Temp: 100.0  Pulse: 910  Resp: 20  Blood Pressure: 41 7-13  O2 sat: 97 %  Weight: 180

Gait: ☒ Normal ☐ Limping ☐ Walks bent over ☐ Shuffling gait
Back exam: Swelling noted: ☒ No ☐ Yes → where: _____
Discoloration/bruising noted: ☒ No ☐ Yes → where: _____

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION** _No acute findings._
☐ Abnormal vital signs: ☐ BP less than 90/60 or greater than 160/100
     ☐ Heart rate less than 60 or greater than 110
     ☐ Temperature greater than 100.4°F
☐ Severe back pain
☐ Back pain with **new** onset of numbness or tingling in either or both lower extremities
☐ Back pain which radiates through buttock and down one extremity

NMATE NAME: Salvani, Craig
DC#: 2-73018  RACE: W  SEX: m
DATE OF BIRTH: 10/3/76
NSTITUTION: SFRC

SIGNATURE AND STAMP/ PRINT  S. Matos, RN  S.F.R.C

DC4-683S (Revised 1/27/11)

Comp. Ex "A"015

WEXFORD COMPOSITE EXHIBIT

...RTMENT OF CORRECTIONS
OFFICE OF HEALTH SERVICES
BACK PAIN PROTOCOL

.AN

Clinician: _____   Time notified: _____

☐ Give Ibuprofen 200mg 2 tablets by mouth now OR ☐ acetaminophen 325mg 2 tablets by mouth now for pain
Prescribe OTC topical analgesic
Follow-up appointment
Pass: _____
Other: _____

DUCATION

Inmate instructed to limit activity until discomfort improves
Inmate instructed to take:
  ☐ Medication as directed by physician, AND/OR
  ☒ Ibuprofen 200mg 2- 3 tabs by mouth 3-4 times/day OR
  ☐ Acetaminophen 325mg 2 tablets by mouth 3-4 times/day
For new onset of back pain (i.e., less than 72 hours), inmate instructed to apply covered ice pack or cold compress/towel to painful area 3-4 times a day.  After 72 hours, inmate instructed to apply warm moist towel to painful area 3-4 times a day for relief of pain.
If prescribed analgesic balm, instructed to apply a thin layer in affected area 3-4 times a day for pain relief.  Inmate instructed to wash hands thoroughly after applying balm.
Inmate instructed to return if symptoms return or worsen, or if any new symptoms develop.

*Assess sick call as needed.*

INMATE NAME: Salvani, Craig
DC#: 2-72161   RACE: _____ SEX: _____
DATE OF BIRTH: 10/31/76
INSTITUTION: SFRC

S. Matos, RN
SIGNATURE AND STAMP/PRINT
S. Matos, RN
S.F.R.C

DC4-683S (Revised 1/27/11)

WEXFORD COMPOSITE EXHIBIT

## FLORIDA DEPARTMENT OF CORRECTIONS
## CONSENT TO MENTAL HEALTH EVALUATION OR TREATMENT

Contacts that you have with mental health staff within the Florida Department of Corrections are usually considered confidential or privileged communication. This means that generally whatever you say and your testing results are held in confidence and are not shared with others unless you give written permission. It is very much like the confidentiality that exists between lawyers and their clients.

However, there are limitations to confidentiality of which you need to be aware. Other mental health, health services staff, the Parole Commission, the Department of Children and Families (DCF) Sexually Violent Predator Program, health care surveyors with the Correctional Medical Authority, other surveyors approved by the department to review prison services, and other Department of Corrections staff with a need to know certain healthcare information in order to perform official duties, may have access to records that are kept regarding all mental health contacts. If you decide to receive counseling or other mental health treatment, mental health staff may discuss your situation and progress with other Department of Corrections staff. This is sometimes necessary in order to plan how best to help you. Various Department of Corrections employees, such as medical, classification, security, and substance abuse staff may be present during some of your mental health visits when necessary to perform their official duties. State law may require that you be reviewed by the DCF Sexually Violent Predator Program prior to release from prison in order to determine whether you should be transferred to a sex offender treatment program when your sentence expires. DCF staff will have access to any and all of your mental health records as part of their review.

Furthermore, if you tell mental health staff that you intend to harm yourself or someone else, or threaten the security of the institution, mental health staff must advise other institutional staff of such danger in order to protect your well-being and that of others. If you reveal information about another inmate or an employee of the department that relates to possible harm, or threatens the security of the facility, mental health staff must inform institutional authorities. Use of illegal drugs and violations of institutional rules are examples of threats to institutional security. By State law, if you identify any minor child, elderly, or disabled person who has been the victim of physical or sexual abuse, mental health staff must notify the Department of Children and Families Abuse Hot Line.

Finally, if you enroll in special education or other school programs, mental health staff may share certain information with school personnel in order to help them plan how best to teach you.

Your signature below indicates that you have read this statement or it was read to you, that you understand the limits of confidentiality within the Department of Corrections, and that you agree to receive the following mental health services. You may withdraw your consent to treatment, in writing, at any time. Your consent will be considered active for one year from the date you sign this form.

---

### MENTAL HEALTH EVALUATION AND TREATMENT AS NEEDED
### FOR ONE YEAR - UNLESS I WITHDRAW MY CONSENT IN WRITING

A copy of this form will be given to you after you have signed it.

| | | |
|---|---|---|
| Inmate Signature | | 2-10-14 |
| | | Date |
| Staff Signature and Stamp | M. Lee BHT S.F.R.C | 2.10.14 |
| | | Date |

Inmate Name_ 0-272618 TM 11 02/06/2014

DC#_____ SALVANI, CRAIG MICHAEL

Date of Birth_

Institution____ W/M DOB 10/03/1976(37) DD

Distribution: Original under mental health authorizations/consents
Canary copy to inmate
This form is not to be amended, revised, or altered without approval
of the Deputy Director of Health Services Administration

DC4-663 (Revised 10/02)

WEXFORD COMPOSITE EXHIBIT

## Florida Department of Corrections Health Appraisal

### I. FAMILY, SOCIAL AND MEDICAL HISTORY

CURRENT MEDICAL PROBLEMS: *Neck injured 2 weeks ago in county they took XRAY kept it a sent me to prison*

CURRENT MEDICATIONS: *ASD*

ALLERGIES: *Keflex, Cephlexin*

**HAS ANY BLOOD RELATIVE HAD:**

| YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) | YES | NO | If yes, please indicate relationship (i.e., mother, father, etc), indicate living or dead (indicate cause of death) |
|---|---|---|---|---|---|
| | ✓ | CANCER | | ✓ | NERVOUS PROBLEM |
| | ✓ | TUBERCULOSIS | | ✓ | ASTHMA/HAY FEVER |
| | ✓ | DIABETES | | ✓ | ARTHRITIS |
| | ✓ | HEART TROUBLE | | ✓ | BLOOD CLOTTING PROBLEM |
| | ✓ | STROKE | | ✓ | KIDNEY DISEASE |
| | ✓ | EPILEPSY | | ✓ | ULCER |
| | ✓ | HYPERTENSION | | ✓ | OTHER (specify): |

**HAVE YOU EVER (PLEASE CHECK EACH ITEM)**     **DO YOU (PLEASE CHECK EACH ITEM)**

| YES | NO | | YES | NO | |
|---|---|---|---|---|---|
| | ✓ | LIVED WITH ANYONE WHO HAD TUBERCULOSIS | | ✓ | WEAR GLASSES OR CONTACT LENSES |
| | ✓ | COUGHED UP BLOOD | | ✓ | HAVE BLINDNESS IN ONE OR BOTH EYES |
| | ✓ | BLED EXCESSIVELY AFTER INJURY OR TOOTH EXTRACTION | | ✓ | WEAR A HEARING AID |
| | | | | ✓ | STUTTER OR STAMMER HABITUALLY |
| | ✓ | BEEN A SLEEP WALKER | | ✓ | WEAR A BRACE OR BACK SUPPORT |

**HAVE YOU EVER HAD OR HAVE YOU NOW (PLEASE CHECK AT THE LEFT OF EACH ITEM)**

| YES | NO | DON'T KNOW | | YES | NO | DON'T KNOW | |
|---|---|---|---|---|---|---|---|
| | ✓ | | CHILDHOOD DISEASES | | ✓ | | EAR, NOSE OR THROAT TROUBLE |
| | ✓ | | BED-WETTING AFTER AGE 12 | | ✓ | | SEVERE TOOTH OR GUM TROUBLE |
| | ✓ | | TUBERCULOSIS | | ✓ | | SKIN DISEASE |
| | ✓ | | JAUNDICE OR HEPATITIS | | ✓ | | THYROID TROUBLE |
| | ✓ | | VD - SYPHILIS, GONORRHEA, ETC | | ✓ | | HEART TROUBLE |
| | ✓ | | ASTHMA | | ✓ | | STOMACH TROUBLE |
| | ✓ | | HIGH BLOOD PRESSURE | | ✓ | | GALLBLADDER TROUBLE OR GALLSTONES |
| | ✓ | | DIABETES | | ✓ | | TUMOR, GROWTH, CYST, OR CANCER |
| | ✓ | | PARALYSIS (INCLUDE INFANTILE) | | ✓ | | KIDNEY STONE OR BLOOD IN URINE |
| | ✓ | | HEAD INJURY | | ✓ | | ADVERSE REACTION TO SERUM, DRUG, OR MEDICINE |
| ✓ | | | BROKEN BONES | ✓ | | | ALLERGIES |
| | ✓ | | ARTIFICIAL LIMBS | | ✓ | | RHEUMATIC FEVER |
| | ✓ | | LOSS OF FINGER OR TOE | | ✓ | | HAY FEVER |
| ✓ | | | BACK INJURY | | ✓ | | PILES OR RECTAL DISEASE |
| | ✓ | | RUPTURE/HERNIA | | ✓ | | CHRONIC OR FREQUENT COLDS |
| | ✓ | | SWOLLEN OR PAINFUL JOINTS | | ✓ | | PAIN OR PRESSURE IN CHEST |
| | ✓ | | CRAMPS IN YOUR LEGS | | ✓ | | CHRONIC COUGH |
| | ✓ | | BONE, JOINT OR OTHER DEFORMITY | | ✓ | | FREQUENT OR PAINFUL URINATION |
| | ✓ | | FOOT TROUBLE | | ✓ | | RECENT GAIN OR LOSS OF WEIGHT |
| | ✓ | | FREQUENT OR SEVERE HEADACHES | | | | |
| | ✓ | | DIZZINESS OR FAINTING SPELLS | | | | |
| | ✓ | | EPILEPSY OR FITS | | | | |
| | ✓ | | EYE TROUBLE | | | | |

FOR ADDITIONAL SPACE USE DC4-701

HAVE YOU CONSULTED OR BEEN TREATED BY CLINICS, PHYSICIANS, OR HOSPITALS WITHIN THE PAST FIVE YEARS?  Yes ☐  No ☑
IF YES, GIVE COMPLETE ADDRESS OF DOCTOR, HOSPITAL, CLINIC, AND DETAILS.

| I CERTIFY THAT I HAVE REVIEWED THE FOREGOING INFORMATION SUPPLIED BY ME AND THAT IT IS TRUE AND COMPLETE TO THE BEST OF MY KNOWLEDGE. | | I CERTIFY THAT I HAVE [...] THE FOREGOING INFORMATION GIVEN BY THE EXAMINER. | |
|---|---|---|---|
| INMATE'S SIGNATURE *[signature]* | DATE *2-12-14* | EXAMINER SIGNATURE/STAMP *E. MATHURIN ARNP SFRC [signature]* | DATE *2/12/14* |

10-272618 TM 11 02/06/2014

SALVANI, CRAIG MICHAEL

W/M DOB 10/03

This form is not to be amended, revised, or altered without approval by the Office of Health Services-Administration

Comp. Ex "A"018

WEXFORD COMPOSITE EXHIBIT

## II. PHYSICAL EXAMINATION

| HT. INCHES | WT. POUNDS | HAIR COLOR | EYE COLOR | BUILD < SLENDER >   <MEDIUM>   < HEAVY >   < OBESE > | | | |
|---|---|---|---|---|---|---|---|
| TEMPERATURE °F | PULSE /Minute | RESPIRATION /Minute | BLOOD PRESSURE / | HEARING RT | LT | | (TO SPOKEN VOICE) |
| DISTANT VISION | RIGHT 20/ | | CORR. TO 20/ | LEFT 20/ | | CORR. TO 20/ | |
| ALBUMIN, SUGAR, SPECIFIC GRAVITY, ETC. | | RPR | DATES | | | | |
| | | PPD | UA ___/___/___   CHEST X-RAY ___/___/___   EKG ___/___/___ | | | | |

CHECK EACH ITEM IN APPROPRIATE COLUMN, ENTER "NE" IF NOT EXAMINED

| NORMAL | | ABNORMAL | NORMAL | | ABNORMAL |
|---|---|---|---|---|---|
| | HEAD, FACE, NECK, AND SCALP | | | ANUS AND RECTUM (HEMORRHOIDS) | |
| | NOSE | | | LYMPHATICS | |
| | THYROID | | | UPPER EXTREMITIES (STRENGTH, ROM) | |
| | MOUTH AND THROAT | | | LOWER EXTREMITIES (STRENGTH, ROM) | |
| | EARS | | | G.U. SYSTEM | |
| | EYES (GENERAL) | | | SPINE, OTHER MUSCULOSKELETAL | |
| | FUNDI | | | IDENTIFYING BODY MARKS, SCARS, TATOOS | |
| | PUPILS (EQUAL AND REACTIVE) | | | SKIN | |
| | EXTRA OCULAR MOVEMENT | | | NEUROLOGIC EXAM | |
| | HEART (SIZE, RHYTHM, SOUNDS) | | | MENTAL STATUS | |
| | LUNGS AND CHEST (INCLUDE BREASTS) | | | PERIPHERAL-VASCULAR SYSTEM | |
| | ABDOMEN (INCLUDE HERNIA) | | | | |

SUMMARY OF ABNORMALITIES, DEFECTS, OR DIAGNOSIS (ENTER ON PROBLEM LIST):

| M | S | W | T | I | SD |
|---|---|---|---|---|---|

NOTE: ANY MEDICAL GRADE OTHER THAN ONE (1) MUST BE DOCUMENTED UNDER ABNORMALITIES, DEFECTS, OR DIAGNOSIS

ALLERGIES:

LABORATORY FINDINGS (WRITE N/A IF NOT APPLICABLE):

CONSULTATIONS (COMPLETE DC4-702):

CHRONIC ILLNESS CLINIC (COMPLETE APPROPRIATE DC4-770 FORM):

RECOMMENDATIONS, FOLLOW UP, MEDICATIONS:

(Use additional blank sheet if necessary)

EXAMINER'S SIGNATURE/STAMP

DATE

Inmate Name_____

DC#_____ R/S_____

Date of Birth_____

Institution_____

This form is not to be amended, revised, or altered without approval by the Office of Health Services-Administration

Comp. Ex "A"019

WEXFORD COMPOSITE EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REFUSAL OF HEALTH CARE SERVICES**

This is to certify that I am refusing the following:

☒ Medical Services ___DRE/GU Exam_____

☐ Mental Health Services _____

☐ Dental Services _____

☐ Medication _____

☐ Lab/Diagnostic testing _____

☐ Other _____

I understand this refusal is against the advice of my health care providers. I acknowledge that I have been informed of the diagnosis, if known, the nature and purposes of the proposed procedure/treatment/medication, risks and benefits of the proposed procedure/treatment/medication, alternative treatments and their risks and benefits and the consequences and danger to my health and possibly to my life that may result from my refusal of this procedure/treatment/medication.

I have been given time to ask questions about my condition and about my decision to refuse the proposed procedure/treatment/medication that my health care provider has explained to me is medically indicated and necessary.

I voluntarily assume the risks and accept the consequences of my refusal of the procedure/treatment/medication and I am releasing the Department of Corrections, all health care providers, the facility, and facility staff from any and all liability for ill effects that may result from my refusal of treatment.

X _____          _____ 2/12/14____
**Signature of Patient***          **Date/Time**

E. MATHURIN
ARNP
SFRC

Two Witnesses: I, _____ am a health care staff member and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

E. MATHURIN
ARNP
SFRC

_____          _____
Signature of Witness          Title of Witness

I, _____ am a staff member who is not the patient's health care provider for this procedure and I have witnessed the patient voluntarily sign this form/refuse to sign the form.

_____          _____
Signature of Witness          Title of Witness

I, the below-signed physician, am aware that this patient refused the proposed procedure/ treatment/medication and has signed this form/ refused to sign the form.

_____          _____
Signature of Clinician          Date/Stamp

Interpreter/translator: To the best of my knowledge, the patient understood what was interpreted/translated and voluntarily signed this form/refused to sign the form.

_____          _____
Signature of Interpreter/Translator          Title of Witness

*If the patient refuses to sign this document but refused the above procedure, write REFUSES TO SIGN above Signature of Patient

Int 0-272618   TM 11   02/06/2014
DC SALVANI, CRAIG MICHAEL
Da
Ins W/M DOB 10/03/1976 (37)   DD

DC4-711A (Effective 11/28/10) (Page 1 of 2)

Incorporated by Reference in Rule 33-401.103, F.A.C.

Comp. Ex "A"020

WEXFORD COMPOSITE EXHIBIT

```
                                      State of Florida                    Printed
IADR053                          Department of Corrections               02/12/2014
(707)                            INITIAL PHYSICAL EXAM                      15:54
               Exam Date: 02/12/2014 Start Time: 13:00 End Time: 13:30
```

Provider: EM58 = MATHURIN, ESTHER

**INMATE NAME: SALVANI, CRAIG MICHEL**          DC#: 0-272618  Cls.Team: 11
Received: 02/06/2014    County: LEE          Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE    Sex: MALE    Date of Birth: 10/03/1976   Age:  37
Birthplace: City: BRONX            State: NY   Country: UNITED STATES
Occupation:                        Religion: CATHOLIC,ROMAN
Education Grade Level: 12    Marital Status: UNKNOWN

**MEASUREMENTS AND OTHER FINDINGS:**
Height: 5' 11"   Hair: BROWN    Eyes: BROWN
Build: MEDIUM        Glasses: No    Contact Lens: No
Vision: Right: 20/ 25   Corr.to: 20/ 0   Left: 20/ 25   Corr.to: 20/ 0
Temp: 098.6F   Pulse:  71  Resp: 18   BP: 116/071   Weight: 163 lbs

**MEDICAL HISTORY (Subjective):**
Old Medical Record Review . . . . . . . . :
    NO OLD MEDICAL RECORD AVAILABLE FOR REVIEW
General (History of Present Illness) . . . . :
    GENERAL HEALTH: 37 Y/O WM C/O OF NECK INJURY AND PAIN X 3
    WEEKS
    CBC:ABN
    GLUCOSE:WNL
    UA: ABN
    G/C:NEG
    SICKLE CELL: UNKNOWN


    CHEST X-RAY: UNKNOWN

    EKG:UNKNOWN

    RPR: NR

    PPD: 00 MM
    INMATE REPORTS BACK NECK PAIN DUE TO FIGHT IN COUNTY ABOUT 2
    WEEKS. NO MEDICAL HX
    CKPX HX
Past Major Medical/Surgery HX . . . . . . . :
    PER IM- BACK SURGERY COUPLE YEARS AGO
                                        . . :
Family HX: . . . . . . . . . . . . . . . . :
    ARTHRITIS
Social HX (Tobacco, Drugs, Sexual, PPD, STD) :
    LOCATION:LEE COUNTY

86

Comp. Ex "A"021

WEXFORD COMPOSITE EXHIBIT

```
                              State of Florida                    Printed
IADR053                  Department of Corrections               02/12/2014
 (707)                      INITIAL PHYSICAL EXAM                   15:54
           Exam Date: 02/12/2014 Start Time: 13:00 End Time: 13:30
```

Provider: EM58 = MATHURIN, ESTHER

**INMATE NAME: SALVANI, CRAIG MICHEL**          DC#: 0-272618  Cls.Team: 11
  Received: 02/06/2014    County: LEE         Rec.Ctr: S.FLA.RECEPTION CTR.
  Race: WHITE      Sex: MALE    Date of Birth: 10/03/1976    Age: 37

  Social HX (Tobacco, Drugs, Sexual, PPD, STD) :
      DATE:1-31-14
      RESULTS:00MM
      TREATMENT:N/A


      TOBACCO:1/2 PPDX 17 YEARS, LAST USED 1 MONTH AGO
      SEX:HETEROSEXUAL MALE WITH NO HX OF STI
  Review of Systems . . . . . . . . . . . . . :
      SEE DC4-707 FORM SIGNED BY THE PATIENT AND MYSELF
  Allergies . . . . . . . . . . . . . . . . . :
      PCN, KEFLEX, ALL CILLINS

**PHYSICAL EVALUATION (Objective):**
  Head, Face, Neck, and Scalp ........
      LIMITED ROM IN NECK
  Nose ............................... NORMAL
  Sinuses ............................ NORMAL
  Mouth and Throat ................... NORMAL
  Ears - General (Int. and canals) ... NORMAL
  Hearing ............................ NORMAL
  Drums (Perforation) ................ NORMAL
  Eyes (General) ..................... NORMAL
  Opthalmoloscopic ................... NORMAL
  Pupils (Equality and Reaction) ..... NORMAL
  Ocular Motility, Parallel Movements  NORMAL
  Lungs and Chest (Include Breasts) .. NORMAL
  Heart (Thrust, Size, Rhythm, Sounds) NORMAL
  Vascular System (Varicosities,etc) . NORMAL
  Abdomen and Viscera (include Hernia) NORMAL
  Anus & Rectum (Hemmorrhoids,Fistula)
      DRE REFUSED, FORM SIGNED
  Endocrine System ................... NORMAL
  Upper Extremeties (Strength, ROM) .. NORMAL
  Lower Extremeties (Strength, ROM) .. NORMAL
  G.U.System .........................
      REFUSED, FORM SIGNED
  Spine, Other Musculoskeletal ....... NORMAL
  Skin, Lymphatics ................... NORMAL
  Neurologic ......................... NORMAL

  Pelvic (Method:        ) .......... NA

Comp. Ex "A"022

WEXFORD COMPOSITE EXHIBIT

```
IADR053                    State of Florida                 Printed
(707)              Department of Corrections              02/12/2014
                    INITIAL PHYSICAL EXAM                   15:54
          Exam Date: 02/12/2014 Start Time: 13:00 End Time: 13:30
```

Provider: EM58 = MATHURIN, ESTHER

**INMATE NAME:** SALVANI, CRAIG MICHEL          DC#: 0-272618  Cls.Team: 11
Received: 02/06/2014   County: LEE          Rec.Ctr: S.FLA.RECEPTION CTR.
Race: WHITE     Sex: MALE    Date of Birth: 10/03/1976   Age: 37

Marks and Scars: SCAR          HEAD          SCAR
                 TATTOO        LEFT ARM      MEN FACE

Other Physical Findings/Abnormalities:
   NO COMMENTS

**ASSESSMENT:**
   Diagnosis: V70    = GENERAL MEDICAL EXAM          Chronic: No

   Diagnosis: 728.9  = MUSCLE/LIGAMENT DIS NOS    ON    Chronic: No
             NECK PAIN
             ABNORMAL LABS

**PLAN:**
   IBUPROFEN 400 MG PO BID PRN X 30 DAYS
   FLU VACCINE IN 1 WEEK
   CERVICAL SPIN XRAY
   REPEAT UA IN 1 WEEK
   CBC IN 4 WEEK
   NO BUNK PASS
   Misc.Procedures/Actions/Referrals
      HEALTH EDUCATION/COUNSEL               until 05/12/2014
      GENERAL WELLNESS,DIET,EXCERISE
      REFUSAL FORM SIGNED                    until 05/12/2014
      DRE AND GU
      LOW BUNK PASS                          until 02/24/2014
   Appointment Scheduled
      MEDICAL APPOINTMENT/PHYS        on 02/20/2014  at 08:00
      FLU VACCINE
      MEDICAL APPOINTMENT/NURSE       on 01/30/2015  at 08:00
      PPD
      MEDICAL APPOINTMENT/NURSE       on 02/01/2015  at 08:00
      PPD  -READ
                                      on 02/05/2016  at 07:06
      DENTAL INITIAL EXAM
      LAB TEST/PHYS                   on 01/23/2019  at 13:00
      PHYSICAL EXAM
                                      on 02/06/2019  at 13:00
      INITIAL PHYSICAL EXM

**INMATE HEALTH EDUCATION:**
   Health Education:              Yes
      YES
   Discussed lab results:         Yes

Comp. Ex "A"023

WEXFORD COMPOSITE EXHIBIT

```
                              State of Florida                        Printed
IADR053                  Department of Corrections                  02/12/2014
 (707)                     INITIAL PHYSICAL EXAM                      15:54
          Exam Date: 02/12/2014 Start Time: 13:00 End Time: 13:30
```

Provider: EM58 = MATHURIN, ESTHER

INMATE NAME: SALVANI, CRAIG MICHEL            DC#: 0-272618   Cls.Team: 11
   Received: 02/06/2014   County: LEE          Rec.Ctr: S.FLA.RECEPTION CTR.
   Race: WHITE     Sex: MALE    Date of Birth: 10/03/1976   Age: 37

   Discussed lab results:
      YES
   Discussed follow-up care:            Yes
      YES


HEALTH SERVICES PROFILE:
   Grade: M:1  S:   D:3  W:1  T:1  I:          Single Dose Ind.:

   Work Release Approval: CLEARED
   Special Ed Potential: No
   Medical Restrictions:
      NO COMMENTS

                   *** END OF REPORT ***

Comp. Ex "A"024

WEXFORD COMPOSITE EXHIBIT

```
                           State of Florida
IADR051              Department of Corrections              02/07/2014
                  INITIAL INTAKE SCREENING SUMM.              08:37
                  *********************************
                  ** PRIVILEGED AND CONFIDENTIAL **
                  *********************************
```

Inmate Name: SALVANI, CRAIG MICHEL        DC#: 0-272618   Cls.Team: 11
    Received: 02/06/2014   County: LEE        Rec.Ctr: S.FLA.RECEPTION CTR.
    Race: WHITE    Sex: MALE   Date of Birth: 10/03/1976   Age:  37
    NONE

LAB TEST RESULTS:
    Date: 02/06/2014 Lab/Procedure: U.A.,NON-AUTMATED      Results: SEE PI
    Date: 02/06/2014 Lab/Procedure: CBC                    Results: SEE PI
    Date: 02/06/2014 Lab/Procedure: PPD TB SENSITIVITY     Results: PENDING
    Date: 02/06/2014 Lab/Procedure: RPR                    Results: N/R
    Date: 02/06/2014 Lab/Procedure: GLUCOSE; RANDOM VENIPUNCTUR

VITAL SIGNS:
    Date: 02/06/2014   Time: 13:43   Staff ID: COOPER, LEQUITTHA
                       Temp: 098.2   Pulse: 91   Resp: 18   BP: 105/070   Wt: 000
```

*** END OF REPORT ***

Reviewed by: _E. MATHURIN ARNP SFRC_        Date: 2/12/14

Comp. Ex "A"025

WEXFORD COMPOSITE EXHIBIT




Florida Department of Corrections
Radiology Request Form

# Radiology

H1208L

**PLEASE WRITE LEGIBLY**

In the best interest of the patient and referring physician, this examination will not be performed if pertinent clinical information and tentative clinical diagnosis are not provided below: ☐ Diabetic | List allergies:

37 y/o ♂ Male pain

PCN
Keflex
Cephlexn

☑ Ambulatory  ☐ Portable  ☐ Stretcher  ☐ Wheelchair

Physician Name (Print) and Name (Stamp):  E. MATHURIN ARNP SFRC

Date of Request: 2/12/14

| X-RAYS | | MRI SCANS | ULTRASOUNDS |
|---|---|---|---|
| ☐ Ankle R ☐ L ☐ | ☐ Shoulder R ☐ L ☐ | ☐ Cervical Spine | ☐ Abdomen complete |
| ☐ Cervical Spine | ☐ Sinuses | ☐ Head/Brain Stem | ☐ Breast |
| ☑ C. Spine, complete | ☐ Skull | ☐ Hip R ☐ L ☐ | ☐ Gallbladder |
| ☐ Chest | ☐ Sternum | ☐ Lower Ext. any joint R ☐ L ☐ | ☐ Inguinal Area |
| ☐ Chest, PA and LAT. | ☐ T. M. Joints | ☐ Lower Ext. no joint R ☐ L ☐ | ☐ Liver |
| ☐ Chest PPD | ☐ Thoracic Spine | ☐ Lumbar Spine | ☐ Lower Ext. R ☐ L ☐ |
| ☐ Clavicle R ☐ L ☐ | ☐ Tibia & Fibula R ☐ L ☐ | ☐ Neck | ☐ Neck/Soft Tissue/Thyroid |
| ☐ Coccyx | ☐ Wrist R ☐ L ☐ | ☐ Pelvis | ☐ Parancentesis |
| ☐ Cystogram | FLUOROSCOPY | ☐ Thoracic Spine | ☐ Pelvis |
| ☐ Elbow R ☐ L ☐ | ☐ Arthrogram | ☐ Upper Ext. any joint R ☐ L ☐ | ☐ Renal |
| ☐ Facial Bones | ☐ Barium Enema | ☐ Upper Ext. no joint R ☐ L ☐ | ☐ Scrotum |
| ☐ Femur R ☐ L ☐ | ☐ Cystogram | | ☐ Thoracentesis |
| ☐ Fingers R ☐ L ☐ | ☐ Eso.phgram | | ☐ Upper Ext. R ☐ L ☐ |
| ☐ Foot R ☐ L ☐ | ☐ I.V. Pyelogram | | |
| ☐ Forearm R ☐ L ☐ | ☐ Lumbar Puncture | | VASCULAR STUDY |
| ☐ Hand R ☐ L ☐ | ☐ Myelogram | | ☐ Abdominal Aorta |
| ☐ Hip R ☐ L ☐ | ☐ Venogram R ☐ L ☐ | NUCLEAR MEDICINE | ☐ Abdominal Aorta with doppler |
| ☐ Humerus R ☐ L ☐ | ☐ U. G. I. Series | ☐ Bone 3 Phase - Infection | ☐ Arterial Doppler, Lower Ext R ☐ L ☐ |
| ☐ Knee R ☐ L ☐ | ☐ U. G. I. and Small Bowel | ☐ Bone (Whole Body) | ☐ Arterial Doppler, Upper Ext R ☐ L ☐ |
| ☐ KUB | CAT SCANS | ☐ Cardiac - MUGA | ☐ Carotid Duplex |
| ☐ KUB and UPT | ☐ Abdomen | ☐ Cardiac -Stress | ☐ Dialysis Graph Duplex R ☐ L ☐ |
| ☐ Lumbar Spine | ☐ Cervical Spine | ☐ Cerebro - Infection (labeled WBC) | ☐ Vein Mapping for Dialysis R ☐ L ☐ |
| ☐ L. Spine, complete | ☐ Chest | ☐ Gallbladder (CCK) | ☐ Venous Duplex Lower Ext R ☐ L ☐ |
| ☐ Mandible | ☐ Facial/TMJ | ☐ Gallbladder (HIDA) | ☐ Venous Duplex Upper Ext R ☐ L ☐ |
| ☐ Nasal Bones | ☐ Head | ☐ Gallium | |
| ☐ Orbits | ☐ Lower Ext. R ☐ L ☐ | ☐ Liver/Spleen | Exams not mentioned above: |
| ☐ Os Calcis R ☐ L ☐ | ☐ Lumbar Spine | ☐ Pulmonary V/Q | |
| ☐ Pelvis | ☐ Orbit | ☐ Renal | |
| ☐ Ribs R ☐ L ☐ | ☐ Pelvis | ☐ Thyroid and Uptake | |
| ☐ Sacrum | ☐ Soft Tissue Neck | ☐ Thyroid - Parathyroid | |
| ☐ Scapula | ☐ Thoracic Spine | ☐ Gallbladder (CCK) | |
| ☐ Scoliosis Series | ☐ Upper Ext. R ☐ L ☐ | | |

Date Performed: 2/18/14                    Time Performed: 13:30

Where Performed: SFNL                    Technologist Name/stamp:

Is permanent camp a private institution?  No ☐  Yes ☐

Clinic/hospital:

0-272618  TM  11  02/06/2014

SALVANI, CRAIG MICHAEL

W/M DOB 10/03/1976 (37)  DD

COMPLETED

Comp. Ex "A"026

DC4-705D (Issued 1/12)

WEXFORD COMPOSITE EXHIBIT

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**COLD/URI/INFLUENZA SYMPTOMS PROTOCOL**

**SUBJECTIVE: Date:** 2/17/ ⊙ **Time:** 1940 **Age:** 37 ☑ Sick Call ☐ EMID
Allergies: Reflex PCN
Current Medications: Chlorpheniramine
Inhaler: ☑ No. ☐ Yes → Rx:
Medical Hx: ☐ Asthma ☐ COPD ☐ Smoker ☐ +TST ☐ Tonsils Removed ☐Other: N/A
Chief Complaint: I started coughing green mucus since Friday My chest hurt when coughing
How many days ago did symptoms first start? Last Friday Onset of symptoms was: ☑ Gradual ☐ Sudden I feel freezed
(The cold virus is contagious 1 day before symptoms and up to ~ 10 days after onset of sxs)
Was inmate in contact with someone with cold symptoms? ☑ No ☐ Yes → Location: ☐ Dorm ☐ Work Assignment
☐ Class ☐ Chapel ☐ Medical Department ☐ Chow Hall ☐ Other:
**Indicate pain level on scale of 0-10 on blank line next to symptom:** WBC 123x10⁴/vl high
**Current symptoms:** ☑Cough ☐ Sore throat ____ UA: WBC: 6-10 Abnormal
☐ Fever ☐ Headache ____ RBC 11-3⁰ Abnormal
☐ Sinus pain ____ ☐ Muscle aches ____
☐ Itchy, watery eyes ☐ Earache ____ ☐ Left ☐ Right ☐ Bilateral
☐ Hoarseness ☐ Nasal symptoms → ☐ Runny nose ☐ Congestion
☐ SOB ☑Chest soreness with inspiration or cough ← 1268 burning
☐ Sneezing ☐ Fatigue, weakness
☐ Stiff neck (i.e., patient is unable to touch their chin to their chest)
☐ Difficulty swallowing due to throat swelling/constriction (NOT from pain)
Cough: ☑ Non-productive ☐ Productive → ☐ Clear ☐ Yellow ☐ Green ☐ Grey ☐ Brown ☐ Bloody
If patient c/o sore throat, is fluid intake ☐ more than usual ☐ no change ☐ less than usual.

**OBJECTIVE: Temp:** 98° **Pulse:** 120 **Resp:** 20 **Blood Pressure:** 180/70 **O2 sat:** 98 **% Weight:** 172 lb
Previous weight: 180 lb **Date:** 2/8/10
Blood sugar if patient is a diabetic: N/A
Does pt. appear to be SOB or in any respiratory distress? ☑ No ☐ Yes   Is audible wheezing noted? ☑ No ☐ Yes
If the answer is yes to either question, use "Respiratory/Shortness of Breath Protocol," DC4-683D, to assess the patient.
Ears: Complains of pain? ☑ No ☐ Yes → ☐ Left ☐ Right ☐ Both
Nose: ☑ Runny nose → Discharge color: clear ____ Nares → ☐ Inflamed, raw ☐ Crusted
Throat: ☐ Inflamed ☐ Pustules noted on throat  Patient able to open mouth wide open: ☐ No ☑ Yes
Neck gland/s swollen: ☑ No ☐ Yes → ☐ Left ☐ Right ☐ Both

**FINDINGS REQUIRING IMMEDIATE CLINICIAN NOTIFICATION**
☐ Symptoms of influenza present
☐ Presence of cough for greater than 2 weeks WITH night sweats
☐ Unintentional significant weight loss (5%of body weight in 30 days, 7.5% in 60 days, or 10% in 180 days)
☐ Presence of stiff neck (inmate unable to touch chin to chest)
☐ Sensation of throat tightness/constriction and pt unable to swallow saliva (Note: many patients spit out their saliva
  because it hurts to swallow, NOT because of throat constriction)
☐ Patient unable to open mouth wide open
☐ Abscess noted upon throat exam
☐ Fever greater than 101'F (Fevers less than 101'F are common with adult URIs)
☐ Fever has occurred later in the illness, rather than in the beginning
☐ If only symptoms are sore throat and fever
☐ Severe ear pain
☐ Patient weak, lethargic, or just "looks ill" - - i.e., pt looks worse than someone with routine URI
☐ Symptoms of dehydration due to decreased fluid intake due to sore throat pain; symptoms may include hypotension
  (BP less than 100/60), tachycardia (greater than 110), decreased urine output in the past 24 hrs, dry mucous
  membranes (mouth); skin tenting

INMATE NAME: 0-272618 TM 11 02/06/2014
DC#:
DATE OF BIRTH: SALVANI, CRAIG MICHAEL
INSTITUTION: — W/M DOB 10/03/1976(37) DD

SIGNATURE AND STAMP/ PRINT

DC4-683U (Revised 1/27/11)

Comp. Ex "A"027

WEXFORD COMPOSITE EXHIBIT

**DEPARTMENT OF CORRECTIONS**
**OFFICE OF HEALTH SERVICES**
**COLD/URI/INFLUENZA SYMPTOMS PROTOCOL**

**PLAN**

- [x] Notify clinician as above *Dr Cubello   UP20*
- [ ] Notify Regional Registered Nurse Specialist Infection Control if influenza is suspected.
- [ ] For inmate with stiff neck, isolate inmate in quiet environment if at all possible until further orders are received.
- [ ] For inmate with swollen, constricted throat, put in ER with intubation/tracheostomy equipment and suction equipment nearby if available.  Start O2 at 3L/min/NC.  Keep patient calm and in quiet environment.  Keep patient under close observation (if patient has peritonsillar abscess, aspiration possible with spontaneous rupture of abscess).
- [x] Put regular surgical mask on inmate with suspected influenza ~~or TB until they can be isolated.~~
- [ ] Start IV of Ringer's Lactate 1000cc at 250cc/hr for dehydration until IV rate obtained from clinician. *Note signs and symptoms dehydration above.
- [ ] Medicate patient for pain or for temperature greater than 100.4°F with:
  - [x] Ibuprofen 200mg one or two tables by mouth   OR  [ ] Acetaminophen 325mg 2 tablets by mouth
- [x] Medicate patient for cough/chest congestion with: Guaifenesin Syrup 200mg/10cc by mouth *tid x5 days*
- [ ] Pass: _____  [ ] Other: _*EKG, UA done today*_

**EDUCATION**

- [x] Inmate instructed to return to Medical if symptoms continue longer than 10 days, if symptoms start getting worse after they started going away; or if they develop any new symptoms.
- [ ] Inmate instructed to take OTC meds for fever > 100.4°F (reducing the fever will help reduce muscle aches) or for pain: Ibuprofen 200mg 1-2 tablets every 4-6 hours  OR  Acetaminophen 325mg 2 tablets by mouth every 4 hours
- [ ] Sore throat:  Inmate instructed to take OTC pain meds and to suck on ice, hard candies, or throat lozenges for pain relief.
- [x] Nasal congestion/discharge: Inmate instructed to drink plenty of water (2-3 quarts/day) to help keep their secretions from becoming too thick or difficult to clear.  Inmate instructed to take a hot shower and breathe in the warm mist to open up clogged passage ways.
- [x] Cough: Inmate instructed to take Guaifenesin Syrup 200mg/10cc by mouth every 4 hours (not to exceed 2400mg in 24 hour period) for cough.  A productive cough (yellow, green, brown) is normal during the typical 7-10 days course of a cold.  Also, a dry cough may persist for a few weeks after a viral illness.
- [ ] Sinuses: Inmate instructed to return to medical if their runny nose lasts longer than 3 weeks, if their nasal discharge is yellow, green, or bloody AND lasts all day (not just in the morning) along with a severe headache or pain over the cheekbones and upper teeth or behind the eyes.
- [ ] Inmate instructed that smoking or being around someone who smokes can lower resistance to infection by the viruses that cause colds.
- [ ] Inmate instructed to wash their hands thoroughly and frequently, especially after blowing their nose.
- [x] Inmate instructed to cover their nose and mouth when coughing or sneezing.  Inmate instructed to sneeze or cough into shirtsleeve,   not their hands.  Note: virus particles can travel up to 12 feet through the air with a cough or a sneeze.
- [ ] Other: _____

| SYMPTOMS | COLD | INFLUENZA |
|---|---|---|
| Onset | Gradual | Acute |
| Chest congestion | Mild to moderate | Common, can become severe |
| Cough | Common (hacking cough) | Sometimes |
| Duration | 3-14 days | Days to weeks |
| Extreme exhaustion | Never | Early and prominent |
| Fatigue, weakness | Sometimes | Can last up to 2-3 weeks |
| Fever | Rare | Characteristic; 100-103°F; last 3-4 days |
| General aches, pain | Slight | Usual, often severe (esp. back and legs) |
| Headache | Rare | Prominent |
| Itchy Eyes | Rare or never | Rare or never |
| Runny nose / Nasal Congestion | Common | Sometimes |
| Sneezing | Usual | Sometimes |
| Sore throat | Common | Sometimes |

INMATE NAME: *Sullivan, Craig Michael*
DC#: *272612*  RACE: *W*  SEX: *M*
DATE OF BIRTH: *6-13 (1976 (37)*
INSTITUTION: *SFRC*

SIGNATURE AND STAMP/ PRINT

DC4-683U (Revised 1/27/11)

Comp. Ex "A"028

WEXFORD COMPOSITE EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**Chronological Record of Health Care**

| Allergies: | PCN · Keflex · Cephlosan |
|---|---|
| DATE/TIME | 2u/z avee i sile conc |
| 2/17/14 6:20 | 7:9a. PC20 R20  BP 104/70 mmHg  S2 98% WE 172.16 |
| | Cpo: I exerted engling green mucus Sale Friday |
| | My chese hurt repos orippsing" Dr Castillo Notified |
| | See rap C23U for detail  — OS RU/RN. |

| Inmate Name | 0-272618 TM 11 02/06/2014 |
|---|---|
| DC# | |
| Date of Birth | SALVANI, CRAIG MICHAEL |
| Institution | W/M DOB 10/03/1976(37) DD |

S- Subjective Data
O- Objective Data
A- Assessment of S and O Data
P- Plan
E-Education

DC4-701 (Effective 4/8/10)     Incorporated by Reference in Rule 33-602.210

Comp. Ex "A"029

WEXFORD COMPOSITE EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**
USE BALL POINT PEN ONLY—PRESS FIRMLY—NO MORE THAN ONE ORDER PER LINE

| Institution: | Date: | Time: | ☐ Inpatient ☐ Outpatient | Inmate Name |
|---|---|---|---|---|

List Allergies Here

Initial Each Order as Transcribed

Time Noted: ___  Nurse Signature/Stamp ___  Doctor Signature/Stamp ___  Date/Time: ___

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

---

**FLORIDA DEPARTMENT OF CORRECTIONS**
**PHYSICIAN'S ORDER SHEET**

Institution SFRC  Date 2.12.14  Time  Inmate Name Salvani Craig M

List Allergies Here: Keflex, PCN, cephlexin

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

CASTILLO, MD  SFRC

---

**FLORIDA DEPARTMENT OF CORRECTION**
**PHYSICIAN'S ORDER SHEET**

0-272618  TM 11 02/06/2014
CRAIG MICHAEL
SALVANI
DC# W/M DOB 10/03/1976 (37) DD -

List Allergies Here: Keflex, cephlexin, PCN

- CBC in 4 weeks
- repeat UA — please schedule
- Ibuprofen 400 Mg PO BID PRN X 30 Days
- flu vaccine in 1 week

S. HAYE, LPN  SFRC

M. MATHURIN ARNP

DC4-714B (9/05)  Distribution: White Original—Pharmacy  Canary—Medical Record

Comp. Ex "A"030

WEXFORD COMPOSITE EXHIBIT

WEXFORD COMPOSITE EXHIBIT





**TECH CARE X-RAY**

106 West 5th Ave
Tallahassee,FL 32303
(850)562-1656
www.techcarexray.com

## Radiology Report

**PATIENT NAME:** CRAIG, SALVANI
**FACILITY:** SFRC
**REFERRING PHYSICIAN:** ARNP. MATHURIN
**REASON FOR EXAM:**

**PATIENT ID:** 272618
**DATE OF BIRTH:** 10/03/1976
**DATE OF SERVICE:** 02/12/2014

Exam: CERVICAL SPINE

Technique: AP and lateral views of the cervical spine are submitted.

Clinical data: Cervical pain.

Prior studies: No prior studies are submitted.

Findings: Multiple views of the cervical spine demonstrate normal cervical lordosis. The intervertebral disc spaces are well-preserved. There is no evidence of spondylolisthesis or acute bony injury. The facet joints appear normal. The paravertebral soft tissues are unremarkable. Incidentally noted nodule in the left upper lobe. This could represent a developing granuloma. Please follow up with chest radiographs.

Impression: Intact cervical spine. No fractures or subluxation.No significant spondylosis.

Recommendation: Follow up as clinically indicated.

Transcribed: 02/13/2014 08:52 AM Hazel, Stephanie,
Verified By: 02/13/2014 03:46 PM Dr. Nayyer Islam , M.D.

☑ Normal Labs/X-Ray
☑ Abnormal Labs/X-Ray
☐ Follow-up on ICE
☐ Follow-up or C/O
☑ No Futher Action (FILE)
☐ Full Chart
MD Initials _____ Date _____

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail.

WEXFORD COMPOSITE EXHIBIT

## LabCorp
Laboratory Corporation of America

**Patient Report**

Specimen ID: 048-819-0888-0
Control ID: B000781249

Acct #: 09005610          Phone: (305) 717-0427          Rte: 12

S FL RECEPTION CENTER (MALE)
WEXFORD HEALTH SOURCES
14000 NW 41ST STREET
DORAL FL 33178

SALVANI, CRAIG
14000 NW 41 STREET
MIAMI FL 33178
(305) 592-9567

RECEIVED FEB 19

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 10/03/1976 | Date collected: 02/17/2014 1452 Local | Ordering: M HERNANDEZ |
| Age(y/m/d): 037/04/14 | Date entered: 02/17/2014 | Referring: |
| Gender: M    SSN: | Date reported: 02/18/2014 1610 ET | ID:  13506604 |
| Patient ID: 272618 | | NPI: 1558650820 |

**General Comments & Additional Information**
Alternate Control Number: B0007812493
Total Volume: Not Provided

Alternate Patient ID: 272618
Fasting: No

**Ordered Items**
Urinalysis, Routine

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Urinalysis, Routine | | | | | 01 |
| Urinalysis Gross Exam | | | | | 01 |
| Specific Gravity | 1.023 | | | 1.005 - 1.030 | 01 |
| pH | 6.0 | | | 5.0 - 7.5 | 01 |
| Urine-Color | Amber | Abnormal | | Yellow | 01 |
| Appearance | Cloudy | | | Clear | 01 |
| WBC Esterase | 1+ | Abnormal | | Negative | 01 |
| Protein | 1+ | Abnormal | | Negative/Trace | 01 |
| Glucose | Negative | | | Negative | 01 |
| Ketones | Trace | Abnormal | | Negative | 01 |
| Occult Blood | 2+ | Abnormal | | Negative | 01 |
| Bilirubin | Negative | | | Negative | 01 |
| Urobilinogen,Semi-Qn | 1.0 | | mg/dL | 0.0 - 1.9 | 01 |
| Nitrite, Urine | Negative | | | Negative | 01 |
| Microscopic Examination | See below: | | | | 01 |
| WBC | 6-10 | Abnormal | /hpf | 0 -   5 | 01 |
| RBC | 11-30 | Abnormal | /hpf | 0 -   3 | 01 |
| Epithelial Cells (non renal) | 0-10 | | /hpf | 0 -  10 | 01 |
| Mucus Threads | Present | | | Not Estab. | 01 |
| Bacteria | Few | | | None seen/Few | 01 |

| 01 | TA | LabCorp Tampa | Sean Farrier, MD |
|---|---|---|---|
| | | 5610 W LaSalle Street, Tampa, FL 33607-1770 | |

For inquiries, the physician may contact Branch: 800-877-5227 Lab: 800-877-5227

RECEIVED
MAY 01 2014

DO NOT REMOVE
FROM ACTIVE RECORD

Date Issued: 02/18/14 16:10

**FINAL REPORT**

Page 1 of 1

© 1995-2014 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-877-5227

Comp. Ex "A"033

WEXFORD COMPOSITE EXHIBIT

State of Florida
IADR088                    Department of Corrections                    02/19/2014
(760)          HEALTH INFORMATION TRANSFER SUMMARY          Page  1

INMATE NAME: SALVANI, CRAIG MICHEL          DC#: 0-272618   Cls.Team: 11
        Race: WHITE      Sex: MALE     Date of Birth: 10/03/1976   Age:  37
        Date Received: 02/06/2014  Group: DD   Rec.Ctr: S.F.R.C.

MEDICAL GRADE: M: 1 _____ D: 3  W: 1  T: 1  I:        Single Dose Ind.:

TRANSFERRING TO: TAYLOR C.I.          on:  02/20/2014

LAST PPD TEST
    Results: PENDING          Date: 02/06/2014

LAST RPR TEST
    Results: N/R          Date: 02/06/2014

LAST PHYSICAL EXAM
    Date: 02/12/2014

ALLERGIES
    PCN, KEFLEX, ALL CILLINS
    PCN, KEFLEX, ALL CILLINS

CURRENT MEDICATIONS              DATE              DOSAGE      FREQ.
    NONE

ACTIVE SPECIAL PASSES / THERAPEUTIC DIET
    LOW BUNK PASS              Expires: 02/24/2014
    NONE

PENDING LABS / PROCEDURES
    PPD TB SENSITIVITY          Ordered: 02/06/2014
    RPR                        Ordered: 02/06/2014
    GLUCOSE; RANDOM VENIPUNCTURE  Ordered: 02/06/2014
                                                    4

OVERDUE / PENDING APPOINTMENTS
    MEDICAL APPOINTMENT/NURSE    On: 02/19/2014  Encounter Type: LT
    UA
    MEDICAL APPOINTMENT/PHYS     On: 02/27/2014  Encounter Type: FU
    FLU VACCINE
    MEDICAL APPOINTMENT/NURSE    On: 03/12/2014  Encounter Type: LT
    CBC
    MEDICAL APPOINTMENT/NURSE    On: 01/30/2015  Encounter Type: LT
    PPD
    MEDICAL APPOINTMENT/NURSE    On: 02/01/2015  Encounter Type: LT
    PPD  -READ
                                 On: 02/05/2016  Encounter Type: DSAX

    DENTAL INITIAL EXAM
    LAB TEST/PHYS                On: 01/23/2019  Encounter Type: LT
    PHYSICAL EXAM
                                 On: 02/06/2019  Encounter Type: PE

    INITIAL PHYSICAL EXM
OUTSTANDING TRANSFER HOLDS
    NONE

Comp. Ex "A"034

WEXFORD COMPOSITE EXHIBIT

State of Florida
IADR088                    Department of Corrections                02/19/2014
  (760)          **HEALTH INFORMATION TRANSFER SUMMARY**          Page  2

**INMATE NAME: SALVANI, CRAIG MICHEL**          DC#: 0-272618   Cls.Team: 11
       Race: WHITE     Sex: MALE     Date of Birth: 10/03/1976   Age:  37
       Date Received: 02/06/2014  Group: DD    Rec.Ctr: S.F.R.C.

Clinician or Nurse Reviewing Chart: _____
                                    Signature/Stamp

WEXFORD COMPOSITE EXHIBIT

```
                          State of Florida                 Printed
IADR073                 . Department of Corrections         02/19/2014
(GH07)                  CHRONOLOGICAL ENCOUNTER LOG
```

**Inmate Name: SALVANI, CRAIG MICHEL          DC#: 0-272618**
Race: WHITE     Sex: MALE     Date of Birth: 10/03/1976
Date Received: 02/06/2014   Reception Center: S.FLA.RECEPTION CTR.

| Date/Time | Encounter | Staff | Problem Description |
|---|---|---|---|
| 02/06/2014 07:45 09:30 | HEALTH EDUCATION | RW11  N/A RANDELLI, WALTER | |
| 02/06/2014 13:43 13:44 | RECEPTION ASSESSMENT | CP18  N/A COOPER, LEQUITHA | |
| 02/07/2014 07:06 07:08 | DENTAL INITIAL EXAM | LA21  N/A LARIA, MARIA | |
| 02/12/2014 13:00 13:30 | INITIAL PHYSICAL EXM | EM58  N/A MATHURIN, ESTHER | |
| 02/13/2014 13:58 14:00 | REC. ORIENT.& INTERV | MM26  N/A MEREDITH, MARJORIE | |

2

WEXFORD COMPOSITE EXHIBIT

```
**Record In IRIS**              State of Florida
IRLR005                    Department of Corrections          02/19/2014
  (706)                    HEALTH SERVICES PROFILE            Page  1
                       ********************************
                       ** PRIVILEGED AND CONFIDENTIAL **
                       ********************************
```

Inmate Name: SALVANI, CRAIG MICHEL              DC#: 0-272618
        Race: WHITE      Sex: MALE      Date of Birth: 10/03/1976    Age:  37
        Date Received: 02/06/2014   Reception Center: S.FLA.RECEPTION CTR.


   Med. Evaluation:    M:1  ¯  D:3  W:1  T:1  I:            Single Dose Ind.:

                       Impaired Inmate Services Needed: No

Transfer Holds:

Special Passes/Certifications:


Medical Restrictions: Date: 02/12/2014   Staff: EM58              SEP: No
    On-Site Medical Care Required Until:
    Work Release Approval: PRE-APPROVED

Dental Restrictions: Date: 02/07/2014   Staff: LA21

                                                                        No

Comp. Ex "A"037

WEXFORD COMPOSITE EXHIBIT

```
                                    State of Florida
IADR088                      Department of Corrections                    02/19/2014
 (760)              HEALTH INFORMATION TRANSFER SUMMARY                    Page  1
```

INMATE NAME: SALVANI, CRAIG MICHEL            DC#: 0-272618   Cls.Team: 11
     Race: WHITE     Sex: MALE    Date of Birth: 10/03/1976   Age:  37
     Date Received: 02/06/2014  Group: DD   Rec.Ctr: S.F.R.C.

MEDICAL GRADE: M: 1 _____   D: 3  W: 1  T: 1  I:          Single Dose Ind.:

TRANSFERRING TO: TAYLOR C.I.            on:  02/20/2014

LAST PPD TEST
   Results: PENDING          Date: 02/06/2014

LAST RPR TEST
   Results: N/R              Date: 02/06/2014

LAST PHYSICAL EXAM
   Date: 02/12/2014

ALLERGIES
   PCN, KEFLEX, ALL CILLINS
   PCN, KEFLEX, ALL CILLINS

CURRENT MEDICATIONS                   DATE              DOSAGE      FREQ.
   NONE

ACTIVE SPECIAL PASSES / THERAPEUTIC DIET
   LOW BUNK PASS                      Expires: 02/24/2014
   NONE

PENDING LABS / PROCEDURES
   PPD TB SENSITIVITY                 Ordered: 02/06/2014
   RPR                                Ordered: 02/06/2014
   GLUCOSE; RANDOM VENIPUNCTURE       Ordered: 02/06/2014
                                                       4

OVERDUE / PENDING APPOINTMENTS
   MEDICAL APPOINTMENT/NURSE          On: 02/19/2014  Encounter Type: LT
   UA
   MEDICAL APPOINTMENT/PHYS           On: 02/27/2014  Encounter Type: FU
   FLU VACCINE
   MEDICAL APPOINTMENT/NURSE          On: 03/12/2014  Encounter Type: LT
   CBC
   MEDICAL APPOINTMENT/NURSE          On: 01/30/2015  Encounter Type: LT
   PPD
   MEDICAL APPOINTMENT/NURSE          On: 02/01/2015  Encounter Type: LT
   PPD  -READ
                                      On: 02/05/2016  Encounter Type: DSAX
   DENTAL INITIAL EXAM
   LAB TEST/PHYS                      On: 01/23/2019  Encounter Type: LT
   PHYSICAL EXAM
                                      On: 02/06/2019  Encounter Type: PE
   INITIAL PHYSICAL EXM
OUTSTANDING TRANSFER HOLDS
   NONE
```

Comp. Ex "A"038

WEXFORD COMPOSITE EXHIBIT

State of Florida
IADR088                    Department of Corrections                02/19/2014
(760)          HEALTH INFORMATION TRANSFER SUMMARY              Page  2

INMATE NAME: SALVANI, CRAIG MICHEL           DC#: 0-272618   Cls.Team: 11
       Race: WHITE     Sex: MALE     Date of Birth: 10/03/1976   Age:  37
       Date Received: 02/06/2014   Group: DD    Rec.Ctr: S.F.R.C.


Clinician or Nurse Reviewing Chart: _____
                                          Signature/Stamp

WEXFORD COMPOSITE EXHIBIT

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

**S.F.R.C.**

Date: _____ | Transferring FROM: _____ | Transferring TO: _____

Special transportation needs: ☐ No ☐ Yes: | Allergies: _____ | Single dose medication: ☐ No ☐ Yes

List: _____ | 1st 1ST Date & Results: _____

Medical Hold: ☐ No ☐ Yes → Reason: _____

Currently being treated for Medical problems: ☐ No ☐ Yes → Type: _____

Currently being treated for Dental problems: ☐ No ☐ Yes→ Dx: _____

Impairment: ☐ No ☐ Yes → Type: _____

Is inmate on any DOT medications (by ANY route)? ☐ No ☐ Yes → Staple copy of MAR to this form.

Medication accompanying inmate: ☐ No ☐ Yes → ☐ 7 days ☐ 30 days

List medication, dose, and frequency: List any KOP medication, dose, and frequency: _____

Pending Appointments/Consults/Labs: _____ | Medical: ☐ No ☐ Yes | Dental: ☐ No ☐ Yes | Chronic Illness Clinic: ☐ No ☐ Yes → Type: _____

Transferring Nurse's Signature and Stamp: _____

* Receiving Nurse's Signature and Stamp:      Completion of the below information is not applicable for inmates transferring to a community facility (e.g., work release center).

| Document Name of Transit or Permanent Facility: | In Transit #1: | In Transit #2: | Permanent: |
|---|---|---|---|
| Date and Time: | | | |
| Temperature (T), Pulse (P), Respirations (R), Weight (*Vital signs out of normal range require referral) | T  P  R  /  W | T  P  R  /  W | T  P  R  /  W |
| Oriented to: | ☐ Person ☐ Place ☐ Time  ☐ Cooperative ☐ Anxious  ☐ Agitated* ☐ Bizarre* | ☐ Person ☐ Place ☐ Time  ☐ Cooperative ☐ Anxious  ☐ Agitated* ☐ Bizarre* | ☐ Person ☐ Place ☐ Time  ☐ Cooperative ☐ Anxious  ☐ Agitated* ☐ Bizarre* |
| Current behavior (* Requires referral) | | | |
| 1. Health Services Inmate Orientation Handbook received? | NA ☐ No ☐ Yes → | NA ☐ No ☐ Yes → | NA ☐ No ☐ Yes → |
| 2. Oriented to access to care (Sick Call, Emergency, Pill Line, Mental Health, Dental, and Medication Pick-up) | ☐ No ☐ Yes → Inmate initials: | ☐ No ☐ Yes → Inmate initials: | ☐ No ☐ Yes → Inmate initials: |
| 3. Is inmate currently receiving medications? | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| 4. Does the inmate have medication(s) with her/him? Single dose? (if no, referral required) | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *5. Is the inmate currently receiving healthcare? | ☐ No ☐ Yes →  ☐ Medical ☐ Mental Health ☐ Dental | ☐ No ☐ Yes →  ☐ Medical ☐ Mental Health ☐ Dental | ☐ No ☐ Yes →  ☐ Medical ☐ Mental Health ☐ Dental |

SALVANI,   CRAIG MICHAEL

W/M  DOB  10/03/1976 (37)   DD

to be amended, revised, or altered without approval of the Director of Health Services Administration.

WEXFORD COMPOSITE EXHIBIT

# FLORIDA DEPARTMENT OF CORRECTIONS
## HEALTH INFORMATION TRANSFER/ARRIVAL SUMMARY

| | | | |
|---|---|---|---|
| *12. Does the inmate have a current medical, dental, or MH complaint? If "yes", list below. | ☐ No ☐ Yes | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *13. Deformities, evidence of abuse, trauma, disabilities or other physical limitations? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral |
| *14. Signs or symptoms of skin infection? | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral | ☐ No ☐ Yes → requires referral |
| *15. Referral needed for: | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine | ☐ Medical ☐ Dental ☐ Mental Hlth ☐ Urgent ☐ Routine |
| *16. Any change in medication list in Section 1, Page 1? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| *17. Prescription renewal needed for current prescribed medications? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| *18. Single dose MAR compliant? | ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A | ☐ No ☐ Yes ☐ N/A |
| *19. Current Medical, Dental, or Mental Health complaint? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| *20. Are there any job or housing restrictions? | ☐ No ☐ Yes → | ☐ No ☐ Yes → | ☐ No ☐ Yes → |
| 21. Does inmate require any Passes? | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other X&T | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other. | ☐ Special Diet ☐ Low Bunk ☐ Shaving ☐ Other. |
| 22. Does inmate have Consults pending? | ☐ No, Yes, Lost X&T | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *23. Does inmate have any overdue appointments? | ☐ No ☐ Yes Nurse West Unit | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *24. Does inmate need impaired Inmate Assistant? | ☐ No ☐ Yes RMC | ☐ No ☐ Yes | ☐ No ☐ Yes |
| *25. Disposition | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary | ☐ Gen Pop ☐ Confinement ☐ MH ☐ Med Clinic ☐ Infirmary |
| 26. Additional information: | *Transit Nurse #1's Signature /Stamp | *Transit Nurse #2 Signature /Stamp | *Permanent nurse's Signature /Stamp |
| Permanent Clinician Record Review: | | | |
| M Grade: | W Grade: | S Grade: | |
| Medications needed: ☐ No ☐ Yes → Rx written for: | | | |
| Is inmate in chronic clinic: ☐ No ☐ Yes | Consult needed: ☐ No ☐ Yes → | | |
| Passes written: ☐ Special Diet → | ☐ Low Bunk | ☐ No Shaving | ☐ Other → |
| Reviewing Clinician (Signature / Stamp): | | Date: | |

Inmate Name _____

DC# _____   Race/Sex _____

Date of Birth ___ / ___ / ___

Institution _____

DC4-760A (Revised 8/8/13) Page 2

This form is not to be amended, revised, or altered without approval of the Director of Health Services Administration.