UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CRAIG SALVANI,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No: 1:17-cv-24567-RNS

CORIZON HEALTH, INC., JOSUE
JORGE CARABALLO, M.D., J.
TOWNSEND, L.P.N., STEPHANIE G.
LOZNICKA, R.N., WEXFORD HEALTH
SOURCES, INC., and MARTA CASTILLO,
M.D.,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT**

Defendants Josue Jorge Caraballo, M.D. and Stephanie Loznicka, R.N. file this Notice of Settlement as to all remaining parties.

                                            By:   /s/ Gregg A. Toomey
                                                  Gregg A. Toomey
                                                  Florida Bar No. 159689

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of October, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send the foregoing to the following:

J. Alistair McKenzie
*Attorneys for Plaintiff*
McKenzie Law Firm, P.A.
905 E. Hatton Street
Pensacola, FL 32503
Phone: 850-432-2856
Fax: 850-202-2012
Email: amckenzie@mckenzielawfirm.com
Tory@mckenzielawfirm.com

James V. Cook
*Attorneys for Plaintiff*
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Phone: 850-222-8080
Fax: 850-561-0836
Email: cookjv@gmail.com

THE TOOMEY LAW FIRM LLC
*Attorneys for Defendants Loznicka and Caraballo*
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone: 239.337-1630
Fax:  239-337-0307
Email:  gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com;
hms@thetoomeylawfirm.com

By:   /s/ Gregg A. Toomey
        Gregg A. Toomey
        FL Bar No: 159689