# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| Craig Salvani,<br><br>　　　　Plaintiff(s),<br>　vs.<br><br>Corizon Health, Inc., Josue Jorge Caraballo, M.D., individually, J. Townsend, L.P.N., individually, Stephanie G. Loznicka, RN, individually, Wexford Health Sources, Inc., Marta Castillo, M.D., individually, Esther Mathurin, A.R.N.P., individually,,<br><br>　　　　Defendant(s). | Case No. 1:17-CV-24567 |

### Amended Stipulation of Dismissal of Defendants With Prejudice Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure

Plaintiff and Defendants, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Defendants Josue Jorge Caraballo, M.D. and Stephanie G. Loznicka, RN., in this matter with prejudice, with each party to bear their own fees and costs. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an



order retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Submitted on December 2, 2019.

/s/Alistair McKenzie
J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
McKenzie Law Firm, P.A.
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone: (850) 432-2856
Facsimile: (850) 202-2012
Email: amckenzie@mckenzielawfirm.com
bryan@mckenzielawfirm.com
Attorneys for Plaintiff

/s/James Cook
James V. Cook, FBN 0966843
Law Office of James Cook
314 West Jefferson Street
Tallahassee, FL 32301
Telephone: (850) 222-8080
Facsimile: (850) 561-0836
cookjv@gmail.com
Attorneys for Plaintiff

/s/ Gregg A. Toomey
Gregg A. Toomey
FL Bar No: 159689
THE TOOMEY LAW FIRM LLC
The Old Robb & Stucky Building
1625 Hendry Street, Suite 203
Fort Myers, FL  33901
Phone: (239) 337-1630



Fax: (239) 337-0307
Email: gat@thetoomeylawfirm.com;
alr@thetoomeylawfirm.com;
hms@thetoomeylawfirm.com
*Attorneys for Defendants Loznicka and Caraballo*

## Certificate of Service

I certify that a true and correct copy of the foregoing was served by email on December 2, 2019, on all counsel or parties of record on the service list below.

/s/J. Alistair McKenzie

J. Alistair McKenzie, Esq.
Florida Bar Number: 91849
**McKenzie Law Firm, P.A.**
905 East Hatton Street
Pensacola, FL  32503-3931
Telephone:  (850) 432-2856
Facsimile:  (850) 202-2012
Email:
amckenzie@mckenzielawfirm.com
bryan@mckenzielawfirm.com
Attorneys for Plaintiff

## Service List

James Cook
Cookjv@gmail.com
Law office of James Cook
314 West Jefferson St
Tallahassee, FL 32301
Telephone: (850) 222-8080
Facsimile: (850) 561-0836

Gregg A. Toomey
gat@thetoomeylawfirm.com
The Toomey Law Firm LLC,
1625 Hendry Street, Suite 203
Ft Myers, FL 33901
Telephone: (239) 337-1630
Facsimile: (239) 337-0307
Attorney for Defendants



| | |
|---|---|
| Attorney for Plaintiff<br>Craig Salvani | Corizon Health, Inc., and Jorge Caraballo M.D.<br><br>J. Alistair McKenzie<br>amckenzie@mckenzielawfirm.com<br>McKenzie Law Firm, P.A.<br>905 East Hatton Street<br>Pensacola, FL  32503-3931<br>Telephone:  (850) 432-2856<br>Facsimile:  (850) 202-2012<br>Attorneys for Plaintiff<br>Craig Salvani |