# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

|   |   |
|---|---|
| Craig Salvani, <br><br>        Plaintiff(s), <br> v. <br><br> Corizon Health, Inc., et al., <br><br>        Defendant(s). | Case No. 1:17-CV-24567 |

## Joint Initial Status Report

In compliance with the Court's Order Reopening Case [Doc-191], counsel met and conferred via telephone on July 30, 2021.

The parties are currently in discussions regarding the potential for settlement or mediation to resolve the case. However, this will require some time since Mr. Desai is newly appointed counsel for the Defendant and is getting up to speed to determine the next best steps for his client.

Submitted on August 16, 2021.

| | |
|---|---|
| */s/J. Alistair McKenzie* <br> J. Alistair McKenzie, Esq. <br> Florida Bar Number: 91849 <br> **McKenzie Law Firm, P.A.** <br> 905 East Hatton Street <br> Pensacola, FL  32503-3931 <br> T. (850) 432-2856 / F. (850) 202-2012 <br> amckenzie@mckenzielawfirm.com <br> *Attorneys for Plaintiff* | */s/Devang Desai* <br> Devang Desai, Esq. <br> Florida Bar Number: 664421 <br> **Gaebe, Mullen, Antonelli & DiMatteo** <br> 420 South Dixie Highway, 3rd Floor <br> Coral Gables, Florida 33146 <br> T. (305) 667-0223 / F. (305) 284-9844 <br> ddesai@gaebemullen.com <br> *Attorneys for Defendant* |